# EXHIBIT A



Copyright 2005 The Washington Post

# The Washington Post

## washingtonpost.com

The Washington Post

**September 7, 2005 Wednesday**
Final Edition

**SECTION:** A Section; A01

**LENGTH:** 934 words

**HEADLINE: Offers of Aid Immediate, but U.S. Approval Delayed for Days**

**BYLINE:** Elizabeth Williamson, Washington Post Staff Writer

**BODY:**


Offers of foreign aid worth tens of millions of dollars -- including a Swedish water purification system, a German cellular telephone network and two Canadian rescue ships -- have been delayed for days awaiting review by backlogged federal agencies, according to European diplomats and information collected by the State Department.

Since Hurricane Katrina, more than 90 countries and international organizations offered to assist in recovery efforts for the flood-stricken region, but nearly all endeavors remained mired yesterday in bureaucratic entanglements, in most cases, at the Federal Emergency Management Agency.

In Germany, a massive telecommunication system and two technicians await the green light to fly to Louisiana, after its donors spent four days searching for someone willing to accept the gift.

"FEMA? That was a lost case," said Mirit Hemy, an executive with the Netherlands-based New Skies Satellite who made the phone calls. "We got zero help, and we lost one week trying to get hold of them."


In Sweden, a transport plane loaded with a water purification system and a cellular network has been ready to take off for four days, while Swedish officials wait for flight clearance. Nearly a week after they were offered, four Canadian rescue vessels and two helicopters have been accepted but probably won't arrive from Halifax, Nova Scotia, until Saturday. The Canadians' offer of search-and-rescue divers has so far gone begging.

Matching offers of aid -- from Panamanian bananas to British engineers -- with needs in the devastated region is a laborious process in a disaster whose scope is unheard of in recent U.S. history, especially for a country more accustomed to giving than receiving aid.

State Department spokesman Sean McCormack said yesterday that to his knowledge, all offers of foreign aid have been accepted and some have arrived, such as Air Canada's flights to relocate displaced people. But many others must be vetted by emergency relief specialists. "I think the experts will take a look at exactly what is needed now," he said.

FEMA spokeswoman Natalie Rule said the foreign complaints echo those from governors and officials "across the nation."

"There has been that common thought that because [offers of aid] are not tapped immediately, they're not prudently used," Rule said. "We are pulling everything into a centralized database. We are trying not to suck everything in all at once, whether we need it or not."

European diplomats said publicly that they understand the difficulty of coordinating such a massive recovery effort. In an open letter released yesterday, though, Ambassador John Bruton, head of the Delegation of the European Commission to the United States, wrote:

"Perhaps one of those lessons will be that rugged individualism is not always enough in such a crisis, particularly if an individual does not have the material and psychological means to escape the fury of a hurricane in time."

Soon after the flooding, the government of Sweden offered a C-130 Hercules transport plane, loaded with water purification equipment, and a cellular network donated by Ericsson.

"As far as I know, it's still on the ground," said Claes Thorson, press counselor at the Swedish Embassy in Washington. He said that along with 20 other European Union nations that have pledged aid, "We are ready to send our things. We know they are needed, but what seems to be a problem is getting all these offers into the country."

So far, Thorson said, the State Department has denied Sweden's request for flight clearance. "We don't know exactly why, but we have a suspicion that the system is clogged on the receiving end," he said. "But we keep a request alive all the time, so we are not forgotten."

German telecommunications company KB Impuls contacted another company, Unisat, based in Rhode Island, with the idea of contributing an integrated satellite and cellular telephone system.

In a region with its communications systems in tatters, the $3 million system could handle 5,000 calls at once, routing them, if necessary, through Germany.

KB Impuls would contribute the equipment and two engineers, supplied with their own food, water and generator fuel, to set it up. Unisat contacted another firm, New Skies Satellite, with offices in Washington, which agreed to contribute satellite capacity.

New Skies even arranged transport, securing a C-130 cargo plane from the Israeli air force, to pick up the equipment and technicians from Germany and bring them to Louisiana. "With one call, I got an airplane," Hemy said. And then, over four days, she and the owner of Unisat, Uri Bar-Zemer, called contacts at FEMA, the American Red Cross, the State Department, even members of Congress, trying to find someone to accept the gift.

Finally the State Department told them that to receive flight clearance, the gift must have a specific recipient. "I was ringing, ringing, ringing -- and nothing," Hemy said. Finally, yesterday, she got a call from the U.S. Air Force's Joint Task Force Katrina Communication Operations division, thanking the

companies for the gift and inquiring about the system's technical specifications.

As of late yesterday, the companies were waiting for a written order from the Northern Command to begin the mission. "I don't have a problem confirming that," Bar-Zemer said of the story. But he expressed concerns that disclosing the difficulties in donating could jeopardize the company's chances of actually delivering the aid.

Staff writers Robin Wright and Nelson Hernandez contributed to this report.

**LOAD-DATE:** September 7, 2005

EXHIBIT B



Copyright 2005 The New York Times Company
The New York Times

**September 8, 2005 Thursday**
Late Edition - Final

**SECTION:** Section A; Column 1; National Desk; **STORM AND CRISIS:** FOREIGN AID; Pg. 25

**LENGTH:** 718 words

**HEADLINE:** Offers Pour In, But the U.S. Is Unprepared

**BYLINE:** By JOEL BRINKLEY and CRAIG S. SMITH

**DATELINE:** WASHINGTON, Sept. 7

**BODY:**


Generous offers of aid for Hurricane Katrina victims are pouring in from scores of nations, but in many cases the United States is unprepared to receive the goods.

As a result, the State Department is pressing countries that are offering the use of helicopters, water purification equipment and telecommunications gear, among other items, to provide cash or ready-to-eat meals instead.

"The worst thing we could do, the worst thing, is to take things" and "have them sit on the ground and not be utilized, to have something rot," said Harry K. Thomas, the State Department's executive secretary, who is coordinating with other governments. Many countries are being told that the most useful donation is money, and some European countries are bemused -- or frustrated.

"There is a lot of stuff offered, but we are having a problem getting it over," said Claes Thorson, a spokesman at the Swedish Embassy in Washington.

Even with the difficulties, foreign aid is beginning to arrive at or near the Gulf Coast, including ready-to-eat meals from Britain, tents from France, first-aid kits and baby formula from Italy. All told, the State Department said Wednesday, donations from 49 nations or international organizations have been accepted -- including $428 million in cash.

The bulk of the cash came from three oil-rich Arab nations. Kuwait, Qatar and the United Arab Emirates each offered $100 million.

The State Department says 95 countries, half of the world's nations, have promised aid in one form or another. But the department says the government is still evaluating many of the proposals to see if they can actually be used. Among the nations that have pledged assistance are several that receive significant American aid, including Israel, Afghanistan and Iraq.

The United States is more accustomed to giving aid than receiving it, and the Bush administration seemed to have trouble accepting the role reversal, at least at first. Early last week, President Bush said the United States could take care of itself.

"I do expect a lot of sympathy, and perhaps some will send cash dollars," he said. "But this country is going to rise up and take care of it."

As the size of the **crisis** became apparent, the view changed. But the preparations to receive anything but the simplest forms of aid have not caught up.

Mr. Thomas explained that the United States has no experience with situations like this. Speaking to reporters on Wednesday, he said several times, "This is unprecedented."

Last weekend, the State Department sent urgent requests for international aid through the North Atlantic Treaty Organization, the United Nations and the European Union. At the top of the list was cash. Most of the other items requested were basic goods like food, water, medical supplies and diapers.

When Sweden received the American request, it loaded a Hercules C-130 transport plane with water purification equipment, emergency power generators and components for a temporary cellphone network. The plane has been ready to take off since noon Saturday, but has not been given clearance by Washington.

"We are still waiting for the green light," Victoria Forslund said at the Foreign Ministry in Stockholm. Sean McCormack, the State Department spokesman, said, "If there are any miscommunications on this matter, we want to make it very clear we value their offer of assistance."

Sweden is not the only country that has encountered a problem. France, Germany, India and Taiwan, among others, are awaiting answers to offers. The slow acceptance after the urgent request has only increased the puzzlement of many countries. Mr. Thomas said embassy officers in each country have tried to explain why the aid requests are being handled as they are and insisted "every country has heard back from us."

On Monday, only one plane bearing foreign aid arrived in Little Rock, Ark., a staging area. On Tuesday, 11 planes arrived. Wednesday and Thursday, more planes -- from Britain, China, France, Russia, Spain and Israel -- are due.

As Europe prepares more supplies, officials say they are beginning to wonder whether the aid is really needed or will ever be used.

"That's our preoccupation right now," said Barbara Helfferich, a spokeswoman for the executive branch of the European Union.

**URL:** http://www.nytimes.com

**LOAD-DATE:** September 8, 2005

EXHIBIT C



Copyright 2005 Gannett Company, Inc.
USA TODAY

**September 8, 2005, Thursday, FINAL EDITION**

**SECTION:** NEWS; Pg. 10A

**LENGTH:** 938 words

**HEADLINE: Some foreign attempts to send U.S. aid stymied**

**BYLINE:** Barbara Slavin

**BODY:**
The Bush administration has accepted nearly $1 billion in foreign aid, but the same bottlenecks and confusion that have slowed delivery of U.S. help to the victims of Hurricane Katrina are frustrating some overseas donors.

Since Saturday, a Swedish transport plane carrying equipment for water purification and three cellular networks has been sitting on the tarmac at an airport in western Sweden awaiting U.S. flight clearance, Claes Thorson, press counselor at the Swedish Embassy in Washington, said Wednesday.

Despite State Department assurances that foreign aid was welcome, officials in Switzerland, Poland, Austria, Norway, India and South Korea told the Associated Press they were waiting to hear when and where some donations could be sent.

Thorson said one problem appeared to be bottlenecks at New Orleans International Airport. "Our last request was suspended by the State Department until further notice," he said.

Harry Thomas, the State Department official in charge of coordinating foreign offers, said the Bush administration welcomed the aid but wanted to make sure it was matched with need.

"The worst thing we could do is to take things, have them ... sit on the ground and not be utilized, to have something rot or not get to people quickly," he said at a briefing at the State Department.

Uncoordinated relief flights have been a problem in previous disasters, such as last year's Asian tsunami. Sri Lanka, a tropical country, reported receiving shipments of winter clothes.

Thomas said Katrina has triggered unprecedented offers of more than $1 billion in cash and supplies from 95 nations, including several U.S. adversaries and countries that are usually aid recipients.

Among the latest: a Mexican army convoy and a navy ship carrying food, blankets, doctors and nurses to Texas. It will be the first time Mexican soldiers have entered U.S. soil since 1846, although they will not carry arms. "This is just an act of solidarity between two peoples who are brothers," Ruben Aguilar, a spokesman for President Vicente Fox, told the AP.

The Bush administration has rejected only one offer, of 20 million barrels of oil from Iran. Thomas said the offer was made through the media and rebuffed because it was conditioned on the United States lifting economic sanctions.

The administration accepted an offer from Venezuela, whose president, Hugo Chavez, has irritated the Bush administration by forging close ties with Cuba. Venezuela's national oil company is shipping an additional 1 million barrels of oil to the United States to alleviate shortages caused by Katrina.

"Venezuela is privileged to be able to help the United States in this time of need," Bernardo Alvarez Herrera, Venezuela's ambassador to the United States, said in a statement e-mailed to reporters Wednesday.

Canada has sent planes, helicopters and ships, and 40 divers based in Florida have begun deploying to check levees and dikes in southern Louisiana, said Bernard Etzinger, a spokesman for the Canadian Embassy in Washington. Because of neighborly ties, "we have an infrastructure to fall back on," he said.

Two planes carrying tents, tarps, food and emergency personnel from France landed in Little Rock on Tuesday, and another is due in Mobile, Ala., today, said Natalie Loiseau, press counselor at the French Embassy in Washington. That flight, an A300-600 Airbus, one of the world's largest aircraft, is carrying 22 tons of supplies donated by Britain and France.

Loiseau said she understood why navigating the U.S. bureaucracy took time. In addition to the scope of the disaster, "this is the first time the United States has (had) to welcome foreign aid, so no one has had this job" of facilitating foreign aid, she said.

Who's giving -- and what

Foreign countries have responded generously to Hurricane Katrina. Donor nations and their contribution:

CountrySupport
Afghanistan$100,000
Armenia $100,000

Australia$7.6 million
Azerbaijan$500,000
Bahamas$50,000
Bahrain $5 million
Bangladesh$1 million
Belgium Medical/logistics teams
Canada 2 helicopters, 32-person rescue team, evacuation flights, medical supplies
China $5.1 million cash and relief supplies
Djibouti $50,000
Finland Search-and-rescue team, 3 logistics specialists
France Tents, MREs (meals ready to eat), water-treatment supplies, cleaning equipment
Gabon $500,000
Georgia $50,000
GermanyMREs, high-speed pumps, forensic experts
Greece 2 cruise ships
India $5 million
Iraq $1 million cash
Ireland $1 million cash


Israel Tents, first-aid kits, baby formula
Italy Generators, water pumps/purifiers, tents, medical supplies
Japan $200,000 cash, $844,000 in relief supplies, $1.5 million in private donations
Kuwait $400 million in oil, $100 million cash
Maldives$25,000 cash
Mexico Transport vehicles, 1 helicopter, ambulance and medical teams
Mongolia$50,000 cash
Nepal $25,000 cash
New Zealand$1.4 million cash, search-and-rescue teams
Nigeria $1 million cash
Norway $1.54 million in relief supplies'
Qatar $100 million cash
Republic of Korea$30 million cash and in-kind donations
Saudi Arabia$5 million from Aramco, $250,000 from Agfund
Singapore3 helicopters
Sri Lanka$25,000 cash
Taiwan $2 million cash, medical supplies
ThailandForensic experts, blankets and food
UAE $100 million cash
UK MREs
VenezuelaUp to $1 million


Source: State Department

EXHIBIT D



Copyright 2005 Globe Newspaper Company
The Boston Globe

**September** 2, 2005, Friday THIRD EDITION

**SECTION:** NATIONAL/FOREIGN; Pg. A31

**LENGTH:** 628 words

**HEADLINE: US SENDS MIXED SIGNALS ON ACCEPTING AID FROM ABROAD**

**BYLINE:** By Farah Stockman Globe Staff

**BODY:**
WASHINGTON The offers of foreign aid keep pouring in: helicopters from Canada, cash from Japan, tents and military aircraft from France even oil from Venezuela, a political foe. At least 25 countries have offered humanitarian assistance to the United States to recover from Hurricane Katrina, one of the worst natural disasters in US history.

  But despite the increasingly desperate situation on the ground, the Bush administration has sent mixed signals about whether it will take these global well-wishers up on their offers.

    President Bush indicated yesterday morning that the United States had not requested foreign help and didn't need it.

"I'm not expecting much from foreign nations because we haven't asked for it," Bush told ABC's "Good Morning America." "I do suspect a lot of sympathy, and perhaps some will send cash dollars. But this country is going to rise up and take care of it. You know, we love help, but we're going to take care of our own business, as well."

  Hours later, however, State Department spokesman Sean McCormack said that Secretary of State Condoleezza Rice had spoken with the White House and decided that "we will accept all offers of foreign assistance. Anything that can be of help to alleviate the difficult situation, the tragic situation of the people of the area affected by Hurricane Katrina will be accepted."

  It would not be the first time the United States the world's largest humanitarian donor has received a helping hand from abroad.

  The terrorist attacks of Sept. 11, 2001, brought a flood of rescue teams, some from as far away as Turkey. After Hurricane Andrew in 1992, Japan gave cash and tents to the governments of Florida and Louisiana.

But Americans typically have been reluctant to accept aid, in part because the United States already has much of the equipment that countries intend to give and because coordinating the aid is complex and laborious, said one State Department official who asked not to be identified.

But as thousands remained in need of food and shelter yesterday, the mood in Washington appeared to shift, with McCormack telling reporters than no aid would be turned down.

Roberta Cohen, a specialist on humanitarian disasters at the Brookings Institution, a nonpartisan think tank, said yesterday that the administration should seriously consider the offers. "If [aid] were rejected out of hand because of national pride, that would be unfortunate," she said.

A European diplomat who asked not to be identified said the State Department told embassies on Wednesday that the US government did not need help in the first phase of rescuing survivors and restoring order, but that the Federal Emergency Management Agency would sift through aid offers to see if any could be of use in the second phase of cleanup and reconstruction.

The Canadian military has set aside a number of Hercules Aircraft C130, in case the United States calls, and is in the process of packing a ship with a helicopter, water purifying equipment, and electric generators that could sail for the Gulf of Mexico at a moment's notice.

Some of the United States' poorest neighbors also offered assistance, including Honduras, Jamaica, Colombia, the Dominican Republic, El Salvador, and Mexico.

Perhaps the most unusual offer came from Hugo Chavez, the socialist leader of Venezuela who is openly hostile to the US government. On Wednesday, Chavez offered drinking water, food, and oil to the United States.

Later, Chavez told Venezuelan television that Bush was a "cowboy" and the "king of vacations" who had failed to evacuate the population of New Orleans before the hurricane hit.

**NOTES:**
KATRINA'S AFTERMATH / COUNTING THE COSTS
FOREIGN ASSISTANCE

**LOAD-DATE:** September 2, 2005

EXHIBIT E



Copyright 2005 Globe Newspaper Company
The Boston Globe

**September 8,** 2005, Thursday THIRD EDITION

**SECTION:** NATIONAL/FOREIGN; Pg. A12

**LENGTH:** 1210 words

**HEADLINE: US ACCEPTS NEARLY $1B IN FOREIGN AID**

**BYLINE:** By Farah Stockman, Globe Staff

**BODY:**
WASHINGTON The State Department has announced that it has accepted nearly a billion dollars in pledges of foreign aid following Hurricane Katrina, including hundreds of millions in cash to be donated directly to the federal government as well as planeloads of ready-to-eat meals, tents, and baby formula.

The assistance is beginning to pour in from countries large and small, a week after President Bush said on ABC's "Good Morning America" that he had not asked for foreign assistance and didn't think the United States needed it.

Yesterday, Harry Thomas Jr., the State Department executive secretary who is helping to coordinate the foreign relief effort, denied that the Bush administration was lukewarm toward accepting the help.

"Not in the State Department," Thomas said, without referring to the White House. "We welcomed all offers. This is unprecedented."

Still, the effort to coordinate foreign aid has faced many of the same difficulties and delays that have dogged the entire emergency response. The United States says it must carefully coordinate the aid and determine what help is needed and where to send it.

Yesterday, three Canadian warships and one coast guard ship departed for the Gulf Coast, a week after the government rushed to pack them with emergency assistance. Canadian divers also began work to help repair the damaged harbor in Pascagoula, Miss.

A Mexican army convoy and a navy ship stocked with food, supplies, and specialists made their way north toward the US border last night, days after Mexico extended its offer of assistance. On Tuesday, the first planeload of tents arrived from France at a military airport in Little Rock, Ark., after officials spent all weekend trying to determine where the shipment should land. Another French plane filled with

food was due to land yesterday in Biloxi, Miss.

Aid officials in Poland and Austria said yesterday they had not yet heard back from the United States about whether their offers of aid had been accepted. Planeloads of supplies waited yesterday morning in Sweden and India without word from the US government on whether or when they would receive permission to land in the United States.

Thomas said yesterday that it takes time to sift through the offers and match them with needs.

"The worst thing we could do, the worst thing, is to take things, have them go to Little Rock or any other distribution center, sit on the ground and not be utilized," he said.

Despite the logistical difficulties and the early message from Bush, foreign countries leapt to help.

Fatma Al-Khalifa, director of the information office at the Kuwaiti Embassy, said her country donated a massive package of cash and crude oil worth half a billion dollars because Americans came to the tiny country's aid during the first Gulf War.

More than 95 countries have come forward with offers, and so far 48 have been accepted. In addition to pledges from the oil-rich Middle East, donors also include some of the world's poorest economies, including Sri Lanka, Afghanistan, and Djibouti.

The US government immediately accepted all cash donations, which are easy to process. So far, that amount totals about $350 million. The funds were being channeled to the State Department, USAID, and the initiative set up by Presidents Bill Clinton and George H. W. Bush, Thomas said. Other countries opted to donate directly to the Red Crescent or the Red Cross.

The US government has also given the go-ahead for food aid from Thailand, medical supplies from Taiwan, baby clothes from Mexico, high-speed water pumps from Germany, first aid kits from Israel, and levee specialists from the Netherlands.

But the US government has yet to take Fidel Castro of Cuba up on his offer to send 1,000 doctors. Thomas said the Bush administration also had rejected Iran's offer to send 10 million barrels of crude; it appeared to be conditional on the United States agreeing not to seek UN sanctions against Iran over its nuclear program.

SIDEBAR 1:
Donations

Kuwait : $400 million in oil and $100 million cash

United Arab Emirates: $100 million cash

Qatar : $100 million cash

Republic of Korea : $30 million cash and in-kind donations

Australia : $7.6 million

China : $5.1 million cash and

relief supplies

India : $5 million cash

Ireland : $1 million to Red Cross

Iraq: $1 million cash

Bangladesh : $1 million cash

Azerbaijan : $500,000 cash

Gabon : $500,000 cash

Afghanistan : $100,000 cash

Armenia : $100,000 cash

Bahamas : $50,000 cash

Maldives : $25,000 cash

Sri Lanka : $25,000 cash

Bosnia : $6,414 cash

SOURCE: US State Department

SIDEBAR 2:
HOW TO HELP

- Salvation Army

  To donate by phone: 1-800-SAL-ARMY

  Online: www.salvationarmyusa.org

  To learn more: 617-542-5420.

- American Red Cross

  To donate by phone: 1-800-HELP-NOW

  Online: www.redcross.org

  To volunteer: e-mail or call your local Red Cross chapter.

  Through a partnership with the Red Sox, donations will also be accepted at Fenway Park through Sept. 11.

- The United Way

  To donate by phone: 1-800-272-4630

  Online: national.unitedway.org

- Greater Boston Food Bank

  To donate by phone: 617-427-5200

Online: www.gbfb.org/katrina

- Catholic Charities

   To donate by phone: 1-800-919-9338

   Online: www.ccab.org

- Feed the Children

   To donate by phone: 1-800-525-7575

   Online: www.feedthechild ren.org

- United Jewish Communities

   To donate by phone: 1-877-277-2477

   Online: www.ujc.org

- Presbyterian Disaster Relief

   To donate by phone:1-800-872-3283

   Online: www.pcusa.org/pda

- Islamic Relief

   To donate by phone: 1-818-238-9520

   Online: www.irw.org/donate

- Lutheran Disaster

Response

To donate by phone: 1-800-638-3522

Online: www.LDR.org/disaster

- United Methodist Church

To donate by phone: 1-800-554-8583

Online: www.methodist relief.org

- Operation Blessing

To donate by phone: 1-757-226-3401

Online: www.ob.org

- Unitarian Universalist Service Committee

To donate by phone: 1-888-792-5885

Online: www.uua.org

- Oxfam America

To donate by phone: 1-800-776-9326

Online: www.oxfamamerica.org

- Episcopal Relief and Development

To donate by phone: 1-800-334-7626

Online: www.er-d.org

- International Medical Corps

  To donate by phone: 1-800-481-4462

  Online: www.imcworldwide.org

- Church World Service

  To donate by phone: 1-800-297-1516

  Online: www.churchworldservice.org

- Project HOPE

  To donate by phone: 1-800-544-4673

  Online: www.projecthope.org


**NOTES:**
KATRINA'S AFTERMATH / EVACUATION AND ASSISTANCE
GLOBAL RESPONSE

**LOAD-DATE:** September 8, 2005

EXHIBIT F

Citizens for Responsibility and Ethics in Washington

September 7, 2005

Margaret P. Graefeld
Information & Privacy Coordinator
Office of Information Resources Management Programs and Services
A/RPS/IPS, SA-2
Department of State
Washington, D.C. 20522-6001

**BY FAX: 202-261-8579**

Re:    Freedom of Information Act Request

Dear Ms. Graefeld:

Citizens for Responsibility and Ethics in Washington("CREW") makes this request for records, regardless of format, medium, or physical characteristics, and including electronic records and information, audiotapes, videotapes and photographs, pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. §§ 552 et seq. and agency regulations, 22 C.F.R. Part 171.

This request is for any and all records relating to the Department of State's response to hurricane Katrina. Specifically, CREW seeks all memoranda, communications and records of any kind and from any source, regardless of format, medium, or physical characteristics, from August 26, 2005 to the present, discussing or mentioning in any way offers by foreign governments to assist in hurricane relief efforts and the Department of State's responses to such requests.   According to news reports, over 90 countries have made offers of aid to the United States through the Department of State.[1]   Despite these offers, the United States has, surprisingly, yet to decide what offers to accept.[2]

Our request includes, but is not limited to, all records regarding Denmark's offer of 10 large water purification units, Venezuela's offer of fuel supplies and humanitarian relief, the Netherlands' offer to send a frigate from Curacao to New Orleans to offer emergency assistance and provide teams to inspect the dikes, Israel's offer of 70 to 80 tons of medical equipment, baby food, diapers and bedding materials, Bangladesh's offer to send experienced disaster management teams, Pakistan's offer of doctors and paramedics, Hondorus's offer of experts on flooding and sanitation, and Peru's offer of a medical team.

We also seek all records related to the Department of State's responses to these offers as well as all records and communications between the Department of State and other government

---

[1] Nora Boustany, World Shows Its Generosity in Storm's Wake, *The Washington Post*, September 7, 2005.

[2] Id.

Ms. Graefeld
September 7, 2005
Page Two

agencies, including but not limited to DHS and FEMA, about such offers and the responses to those offers. We further request any and all communications between the Department of State and the White House regarding foreign governments' offers of assistance and the responses to those offers by the government of the United States.

We seek records of any and all kind, including electronic records, audiotapes, videotapes, and photographs. Our request includes any telephone messages, voice mail messages, daily agenda and calendars, information about scheduled meetings and/or discussions, whether in-person or over the telephone, agendas for those meetings and/or discussions, participants included in those meetings and/or discussions, minutes of any such meetings and/or discussions, the topics discussed at those meetings and/or discussions, e-mail regarding meetings and/or discussions, e-mail or facsimiles sent as a result of those meetings and/or discussions, and transcripts or notes of any such meetings and/or discussions.

If it is your position that any portion of the requested records is exempt from disclosure, CREW requests that you provide it with an index of those documents as required under Vaughn v. Rosen, 484 F.2d 820 (D.C. Cir. 1973), cert. denied, 415 U.S. 977 (1974). As you are aware, a Vaughn index must describe each document claimed as exempt with sufficient specificity "to permit a reasoned judgment as to whether the material is actually exempt under FOIA." Founding Church of Scientology v. Bell, 603 F.2d 945, 949 (D.C. Cir. 1979). Moreover, the Vaughn index must "describe each document or portion thereof withheld, and for each withholding it must discuss the consequences of supplying the sought-after information." King v. U.S. Dep't of Justice, 830 F.2d 210, 223-24 (D.C. Cir. 1987) (emphasis added). Further, "the withholding agency must supply 'a relatively detailed justification, specifically identifying the reasons why a particular exemption is relevant and correlating those claims with the particular part of a withheld document to which they apply.'" Id. at 224 (citing Mead Data Central v. U.S. Dept. of the Air Force, 566 F.2d 242, 251 (D.C. Cir. 1977)).

In the event that some portions of the requested documents are properly exempt from disclosure, please disclose any reasonably segregable nonexempt portions of the requested documents. See 5 U.S.C. § 552(b) ("Any reasonably segregable portion of a record shall be provided to any person requesting such record after deletion of the portions which are exempt. . . "); see also Schiller v. National Labor Relations Board, 964 F.2d 1205, 1209 (D.C. Cir. 1992); 22 C.F.R. §171.11(b). If it is your position that a document contains non-exempt segments but that those non-exempt segments are so dispersed throughout the document as to make segregation impossible, please state what portion of the document is non-exempt and how the material is dispersed throughout the document. Mead Data Central, 566 F.2d at 261. Claims of nonsegregability must be made with the same degree of detail as required for claims of exemptions in a Vaughn index. If a request is denied in whole, please state specifically that it is not reasonable to segregate portions of the record for release.

Ms. Graefeld
September 7, 2005
Page Three

**Request for Expedition**

Pursuant to 5 U.S.C. §552(a)(6)(E)(I) and Department of State regulation 22 CFR §171.12(b)(2), CREW requests that the Department of State expedite the processing of this request in light of the compelling need for the requested information. CREW is a non-profit corporation engaged primarily in disseminating information it gathers from a variety of sources, including the Freedom of Information Act, and seeks the information requested in this FOIA request for the express purpose of disseminating it to the public. CREW's website, www.citizensforethics.org, contains numerous examples of its efforts, including a link to a site, prepared by CREW, that details the many activities of Jack Abramoff, a Washington lawyer and lobbyist currently under criminal investigation, and the many powerful individuals linked to Abramoff through such things as campaign contributions. CREW recently published a report, *Addicted to Porn: How Members of Congress Benefit from Pornography*, that details the campaign contributions that members of Congress had received from corporations involved in pornography. It is CREW's hope that by disseminating this type of information, the public will be better able to evaluate the actions of our public officials and will have a more effective voice, including in the voting booth.

As with the Electronic Privacy Information Center and the ACLU, two organizations that the courts have found satisfy the criteria necessary to qualify for expedition,[3] CREW "'gathers information of potential interest to a segment of the public, uses its editorial skills to turn the raw material into a distinct work, and distributes that work to an audience.'" <u>ACLU</u>, 321 F.Supp2d. at 30 n.5, *quoting* <u>EPIC</u>, 241 F.Supp.2d at 11.

The issue of the Department of State's response to offers of assistance from foreign governments is a "breaking news story of general public interest" and it concerns actions by the United States government, here, the Department of State. 22 C.F.R. §171.12(b)(2)(i)-(ii). There is a particular urgency in informing the public about the circumstances surrounding the Department of State's response to hurricane Katrina. Myriad news reports have concluded that the Department of State's reaction to the hurricane was, and continues to be, inadequate. The public, as well as the numerous congressional committees that are considering this matter, have a need to know the true facts underlying the government's response to hurricane Katrina. Accordingly, CREW requests that this request be expedited.

---

[3] *See* ACLU v. U.S. Dep't of Justice, 321 F.Supp.2d 24, 30 (D.D.C. 2004); EPIC v. Dep't of Defense, 241 F.Supp.2d 5, 11 (D.D.C. 2003).

Ms. Graefeld
September 7, 2005
Page Four

### Fee Waiver Request

In accordance with 5 U.S.C. §552(a)(4)(A)(iii), CREW requests a waiver of fees associated with processing this request for records. The subject of this request concerns the operations of the federal government and the disclosures will likely contribute to a better understanding of relevant government procedures by CREW and the general public in a significant way. Moreover, the request is primarily and fundamentally for non-commercial purposes. 5 U.S.C. §552(a)(4)(A)(iii). See, e.g., McClellan Ecological v. Carlucci, 835 F.2d 1282, 1285 (9th Cir. 1987). Specifically, these records are likely to contribute to the public's understanding of the individuals and organizations that influence or attempt to influence the litigating position of the United States of America in a lawsuit of major and far-reaching consequences.

CREW is a non-profit corporation, organized under section 501(c)(3) of the Internal Revenue code. CREW is committed to the protection of the citizen's right to be aware of the activities of government officials and to ensuring the integrity of those officials. CREW is dedicated to empowering citizens to have an influential voice in government decisions and in the government decision-making process. CREW uses a combination of research, litigation, and advocacy to advance its mission. The release of information garnered through this request is not in CREW's financial interest. CREW will analyze the information responsive to this request, and will likely share its analysis with the public, either through memorandums, reports or press releases.

Under these circumstances, CREW fully satisfied the criteria for a fee waiver.

If you have any questions about this request or foresee any problems in releasing fully the requested records on an expedited basis, please call either Melanie Sloan or Anne Weismann at (202) 588-5565. Also, if CREW's request for a fee waiver is not granted in full, please contact our office immediately upon making such determination. Please send the requested documents to Melanie Sloan, Citizens for Responsibility and Ethics in Washington, 11 Dupont Circle, N.W., 2nd Floor, Washington, D.C. 20036.

Sincerely,

Melanie Sloan
Executive Director

EXHIBIT G



**United States Department of State**

*Washington, D.C. 20520*

OCT 6 2005

Case Number: 200503991

Ms. Melanie Sloan
Citizens for Responsibility and Ethics in Washington
11 Dupont Circle, N.W., 2nd Floor,
Washington, D.C. 20036

Dear Ms. Sloan:

This is in response to your Freedom of Information Act (FOIA) request, dated September 7, 2005 for copies of documents concerning any and all information relating to the Department of State's response to hurricane Katrina.

Before we can proceed with the processing of your request, we need the additional information stated below. Please respond with forty-five (45) days from the date of this letter.

   --an agreement to pay fees

   --additional information as described below

**Fees:** The Freedom of information Act requires agencies to assess fees to recover the direct costs of processing requests, unless a fee waiver has been granted.

Based upon the information that you have provided, we have placed you in the "all other" requester category. This category requires us to assess search time after 2 hours/duplication costs after the first 100 pages.

– 2 –

Please let us know if you are willing to pay the fees that will be incurred in the processing of your request. You may set a limit of the maximum amount that you wish to pay.

Based upon the information provided in your letter, your request for a fee waiver has been denied. If you wish to appeal this decision, you may write to the Chief, Requester Liaison Division, at the address given on the bottom of this page. Your appeal should address the points listed in the enclosed sheet entitled "Requests for Fee Waivers." Your appeal must be sent to us within 30 days from the date that you receive this letter.

**Information to identify Records:** The Department of State is responsible for formulating and executing U.S. foreign policy and primarily maintains records dealing with U.S. foreign relations. The Department also maintains records of applications from U.S. citizens for U.S. passports and visa requests from non-citizens to enter the U.S., records on consular assistance provided to U.S. citizens abroad, and records of Department employees.

As the Department of State consists of hundreds of offices and overseas posts, with many different filing systems, your request should be specific, detailed, and include as much of the following as might be relevant:

  --an agreement to pay fees

  --type of records countries and/or organizations involved

  --full description of incidents, meetings events, persons
    involved, etc., pertaining to the documents requested.

**Expeditious Processing:**
Our published regulations regarding expedition, 22 CFR 171.12 (b), require a specific showing of a compelling need. Expeditious processing is granted only in the following situations: 1) imminent threat to the life or physical safety of an individual, 2) urgently needed by an individual primarily engaged in disseminating information in order to inform the public concerning actual or alleged Federal Government activity and the information is urgently needed in that a particular value of the information would be lost if not

- 3 -

disseminated quickly, 3) substantial humanitarian reasons, and 4) loss of substantial due process rights. Your request does not meet any of the established criteria. Regretfully, I must advise that you have not provided adequate justification for expedition. For your convenience, I have enclosed a copy of the Department's expeditious processing criteria.

If you wish to appeal the denial of expedition, you may write to Ms. Charlene Wright Thomas, Chief, Requester Liaison Division, at the address below within 30 days of receipt of this letter.

Your request has been closed in our system. If you wish to pursue this request, please send to us a new FOIA request, which would include an agreement to pay fees, a narrow time frame and additional information needed, as described above.

If you have any questions with respect to the processing of this request, you may write to:

> Office of Information Program and Services
> A/RPS/IPS/RL
> U.S. Department of State, SA-2
> Washington, D.C. 20522-8100

or telephone: (202) 261-8314 or fax: (202) 261-8579. You may visit our website at http://foia.state.gov or through the main State Department website at www.state.gov. Please be sure to refer to your request number in all correspondence about this case.

Sincerely,

Annett P. Hickerson
Requester Communications Branch

Enclosures: As stated.

## Expeditious Processing Information Sheet

Expedited processing shall be granted to a requester after the requester requests such and demonstrates a compelling need for the information.  A compelling need in deemed to exist where the requester can demonstrate one of the following:

1. **A Compelling Need** means that the failure to obtain the records on an expedited basis could reasonably be expected to pose an imminent threat to the life or physical safety of an individual.

2. **A Compelling Need** means that the information is urgently needed by an individual primarily engaged in disseminating information in order to inform the public concerning actual or alleged Federal Government activity.  An individual primarily engaged in disseminating information to the public.  Representatives of the news media would normally qualify; however, other persons must demonstrate that their primary activity involves publishing or otherwise disseminating information to the pubic, not just to a particular segment or group.

    (a) **Urgently Needed** means that the information has a particular value that will be lost if not disseminated quickly.  Ordinarily this means a breaking news story of historical interest only, or information sought for litigation or commercial activities would not qualify nor would a news media publication or broadcast deadline unrelated to the news breaking nature of the information.

    (b) **Actual or Alleged Federal Government Activity.**  The information concerns some actions taken, contemplated, or alleged by or about the Government of the United States, or one of its components or agencies, including the Congress.

3. **Substantial Due Process** rights of the requester would be impaired by the failure to process immediately; or

4. **Substantial Humanitarian** concerns would be harmed by the failure to process immediately.

A demonstration of compelling need by a requester shall be made by a statement certified by the requester to be true and correct to the best of their knowledge.

RC-IS-7.5.1b-1
July 6, 2005

## Fee Waiver Information Sheet

It is the Department's policy to treat each request for a fee waiver on a case-by-case basis. As noted in our letter, before we can make a decision about your request for fee waiver or fee waiver appeal, we need additional information concerning your request and your intended use of the requested documents. Please provide the following:

1. State why you believe the subject matter of your request concerns the operations or activities of the Federal Government.

2. From what other sources have you attempted to obtain this information? Have you tried to obtain this information from the <u>Foreign Relations of the United States</u>, the National Archives and Records Administration, or public libraries? Demonstrate the absence of the requested information from the public domain.

3. Provide a summary of your educational background and work experience, particularly in the field of foreign affairs, and your expertise in the subject area of your request.

4. Expand on your ability and intent to disseminate the information requested. E.g., Have you published or disseminated information in this or related fields in the past? Is the information requested to be used in a specific article or paper currently being prepared? When is the article to be published or the program to be aired? To what audience is the article or program aimed?

5. Identify the particular person who will actually use the requested information in scholarly or other analytical work and then disseminate it.

6. Describe any commercial interest which would be furthered by the disclosure of the requested information, e.g., will you be paid for the publication or dissemination of the requested information? If so, how much will you be paid and in what manner will you receive payment? Will you receive any other type of commercial benefit due to your dissemination of the requested information? A "commercial interest" is one that furthers a commercial, trade, or profit interest as those terms are commonly understood.

7. If your request for a fee waiver is not granted, we need your written assurance that you are willing to pay the fees associated with the processing of your request. You may set a limit on the amount you are willing to pay. In some cases, we will not be able to make a determination about a fee waiver until the processing of the request has been completed, at which time an independent evaluation will be made of the releasable material.

Please send this information to: Office of Information Programs and Services, A/RPS/IPS/RL, Room 8100, Department of State, 515 22nd Street, N. W., Washington, D.C. 20522-8100. Refer to your request number in your correspondence to us.

RC-IS-7.5.1b-2
July 6, 2005

EXHIBIT H

# CREW | citizens for responsibility and ethics in washington

October 25, 2005

Ms. Charlene Wright Thomas
Chief, Requester Liaison Division
Office of Information Program and Services
A/RPS/IPS/RL
U.S. Department of State
SA-2
Washington, D.C. 20522-8100

Re: Freedom of Information Act Appeal

Dear Ms. Wright:

By letter dated October 6, 2005, Annett P. Hickerson, Requester Communications Branch, U.S. Department of State, advised me that the request of Citizens for Responsibility and Ethics in Washington ("CREW") for expedition of its Freedom of Information Act "(FOIA") request dated September 7, 2005, was denied. She also advised me that CREW's request for a waiver of the fees associated with processing its September 7, 2005 FOIA request was denied. A copy of the Department of State's denial is enclosed, as well as CREW's FOIA request. CREW hereby appeals those determinations and requests that they be reversed for the reasons set forth below.

CREW's FOIA request of September 7, 2005, sought all records relating to the Department of State's response to hurricane Katrina. Specifically, CREW sought all records discussing or mentioning offers by foreign governments to assist in hurricane relief efforts and the Department of State's responses to those requests. CREW delineated eight specific offers of hurricane relief assistance from foreign governments, including: (1) Denmark's offer of 10 large water purification units; (2) Venezuela's offer of fuel supplies and other humanitarian relief; (3) the Netherlands' offer to send a frigate from Curacao to New Orleans to offer emergency assistance and its offer to provide teams to inspect the dikes; (4) Israel's offer of 70 to 80 tons of medical equipment, baby food, diapers, and bedding materials; (5) Bangladesh's offer to send experienced disaster management teams; (6) Pakistan's offer of doctors and paramedics; (7) Honduras's offer of flooding and sanitation experts; and (8) Peru's offer of a medical team. CREW also sought all documents relating to the Department of State's responses to these and any other offers, as well as communications between the Department of State and other government agencies concerning these offers, including FEMA and the Department of Homeland Security. Finally, CREW sought all communications between the Department of State and the White House regarding offers of assistance by foreign governments.

11 DuPont Circle, N.W., 2nd Floor • Washington, D.C. 20036
(o) 202.588.5565 (c) 202.841.5096

In accordance with 5 U.S.C. §552(a)(6)(E) and Department of State regulations, 22 CFR §171.12(b)(2), CREW requested that the Department of State expedite its processing of CREW's FOIA request. CREW further requested, pursuant to 5 U.S.C. §552(a)(4)(A)(iii), that the Department of State waive fees associated with processing CREW's FOIA request.

### Request for Expedition

In her letter of October 6, 2005, Ms. Hickerson explained that the Department of State was denying CREW's request for expedition because it did not meet any of the established criteria for expedition set forth at 22 CFR §171.12(b). Her only elaboration on this conclusion was that CREW "ha[s] not provided adequate justification for expedition."

This determination is wrong as a matter of law and fact. As CREW explained in its request for expedition, CREW has established a "compelling need" for the requested information as there is an urgent need for CREW, an entity engaged in disseminating information, to inform the public about the circumstances surrounding the Department of State's response to offers of assistance from foreign governments. Myriad news reports have concluded that the Department of State's reaction to the offers of foreign assistance has been inadequate. *The Washington Post*, for example, reported that the offers of assistance from more than 90 countries and international organizations "remained mired yesterday [September 6, 2005] in bureaucratic entanglements." Elizabeth Williamson, Offers of Aid Immediate, but U.S. Approval Delayed for Days, *The Washington Post*, September 7, 2005 (enclosed). Similarly, *USA Today* reported on the government's "bottlenecks and confusion" that had slowed delivery of foreign aid and that were "frustrating some overseas donors." Barbara Slavin, Some Foreign Attempts to Send U.S. Aid Stymied, *USA Today*, September 8, 2005 (enclosed). For example, as the *New York Times* reported, relief from Sweden was sitting on a transport plane, ready to take off but not given clearance by Washington. Joel Brinkley and Craig S. Smith, Storm and Crisis: Offers Pour In, But the U.S. is Unprepared, *New York Times*, September 8, 2005 (enclosed). *See also* Farah Stockman, U.S. Sends Mixed Signals on Accepting Aid From Abroad, *Boston Globe*, September 2, 2005 (enclosed); Farah Stockman, U.S. Accepts Nearly $1B in Foreign Aid, *Boston Globe*, September 8, 2005 (noting the "difficulties and delays that have dogged" the effort to coordinate foreign aid) (enclosed).

The public urgently needs and deserves a full airing of what happened at the Department of State and elsewhere in the federal government as a result of, and in response to, hurricane Katrina and offers of foreign aid. This urgency is underscored by the fact that hurricane Katrina was followed by hurricane Rita, which also caused massive damage, and hurricane Wilma which just this week caused further devastation in Florida. If we are to learn from the government's past mistakes and hope to avoid, or at least minimize, the horrendous impact of hurricanes like Katrina and Rita, and improve

2

coordination of offers of assistance, the public must have immediate access to the kinds of documents CREW has requested. The widespread government bungling, and perhaps even government malfeasance in the government's response to hurricane Katrina fully justify CREW's request for expedition.

Second, CREW has demonstrated that it is "primarily engaged in disseminating information," as required by 22 CFR §171.12(b)(2). As we explained in our request for expedition, CREW is a non-profit corporation engaged primarily in disseminating to the public at large information it gathers from a variety of sources, including the Freedom of Information Act, and seeks the information requested in this FOIA request for the express purpose of disseminating it to the public. CREW's website, www.citizensforethics.org, contains numerous examples of its efforts, including a link to a site, prepared by CREW, that details the many activities of Jack Abramoff, a Washington lawyer and lobbyist currently under criminal investigation, and the many powerful individuals linked to Abramoff through such things as campaign contributions. CREW has published reports based on the information it receives from a variety of sources, including its FOIA requests. For example, CREW published a report, *Addicted to Porn: How Members of Congress Benefit from Pornography*, that details the campaign contributions that members of Congress had received from corporations involved in pornography. And recently CREW published a report, *Beyond DeLay, The 13 Most Corrupt Members of Congress*, that is available through a link on CREW's website to www.beyonddelay.org. This report documents the unethical activities of 13 Members of Congress, and represents the first time that all of the information on which it relies has been compiled in one place. Moreover, while the allegations against some of the members have been well publicized, the activities of others had gone relatively unnoticed until CREW issued its report. Through these kind of reports CREW hopes to bring greater attention to the conduct of public officials so that the public will have a more effective voice, including in the voting booth.

Under these circumstances, CREW satisfies fully the criteria for expedition of its FOIA request and, accordingly, the Department of State's initial determination denying CREW's request must be reversed.

### Fee Waiver Request

The Department of State also denied CREW's request for a fee waiver, stating only that it was putting CREW in the "all other" requester category "[b]ased upon the information provided in your letter." As an initial matter, the Department of State has failed to enunciate any tangible reason for denying CREW's fee waiver request. On this basis alone its unsubstantiated conclusion denying the request must be reversed.

Moreover, CREW satisfies fully the requirements for a fee waiver. The subject of this request undoubtedly concerns the operations of the federal government and the

disclosure will likely contribute to a better understanding of the Department of State's responses to offers of hurricane assistance by foreign governments. As discussed above, there has been wide public attention given to the government's response to hurricane Katrina and, in specific, the Department of State's response to offers of foreign aid. Records documenting more fully the nature of that response, how it was generated, and the involvement of other agencies as well as the White House in that response will contribute significantly to the public's understanding of how the government responded to hurricane Katrina and its aftermath.

In addition, as we explained in our request, CREW is a non-profit corporation, organized under section 501(c)(3) of the Internal Revenue code. CREW is committed to the protection of the citizen's right to be aware of the activities of government officials and to ensuring the integrity of those officials. CREW is dedicated to empowering citizens to have an influential voice in government decisions and in the governmental decision-making process. CREW uses a combination of research, litigation, and advocacy to advance is mission. The release of information garnered through this request is not in CREW's financial interest. CREW will analyze the information responsive to this request, and will share its analysis with the public, either through memoranda or reports. As a review of CREW's website – www. citizensforethics.org – illustrates, CREW has an established history of using the Freedom of Information Act for these purposes. Indeed, CREW's dissemination of information is at the heart of what it does.

Under these circumstances, CREW satisfies fully the criteria for a fee waiver and, accordingly, the Department of State's initial determination that CREW should be placed in the "other" fee category and denied a fee waiver must be reversed.

Finally, Ms. Hickerson's letter of October 6, 2005, claims that before it can process CREW's request, the Department of State needs additional information. Specifically, Ms. Hickerson requested that CREW provide the "type of records [sic] countries and/or organizations involved" as well as a "full description of incidents, meetings [sic] events, persons involved, etc., pertaining to the documents requested."

The notion that CREW has not provided the Department of State with sufficient information to process CREW's request is absurd. CREW's request details the specific offers of foreign assistance from specific countries that were known to CREW. Moreover, given the widespread media attention to the Department of State's role in reviewing and

processing foreign aid offers in response to hurricane Katrina, there cannot seriously be a question about what CREW is seeking.  In short, CREW's FOIA request adequately informs the Department of State about which documents CREW is seeking.

Sincerely,

ANNE L. WEISMANN
Chief Counsel
Citizens for Responsibility and Ethics in Washington

Enclosures

**washingtonpost.com**

# Offers of Aid Immediate, but U.S. Approval Delayed for Days

By Elizabeth Williamson
Washington Post Staff Writer
Wednesday, September 7, 2005; A01

Offers of foreign aid worth tens of millions of dollars -- including a Swedish water purification system, a German cellular telephone network and two Canadian rescue ships -- have been delayed for days awaiting review by backlogged federal agencies, according to European diplomats and information collected by the State Department.

Advertisement

**Looking for a great travel deal?**
Sherman's Top 25 - This Week:

| | |
|---|---|
| $25+ OW | Huge US AIR sale |
| | JetBlue |
| $295 | Air, 3 nts at landmark MIAMI hotel |
| | Expedia |
| $269+ RT | HAWAII from 25 cities |
| | Major Airlines |
| $290 | 1st-class 4-nt CARIBBEAN cruise |
| | Celebrity Cruise |
| $92+ RT | 50+ cities to LAS VEGAS |
| | Priceline.com |
| $399+ | PARIS or LONDON this fall |
| | Gate1Travel |
| $154+ RT | Thanksgiving AIR across US |
| | Priceline.com                    and more |

Since Hurricane Katrina, more than 90 countries and international organizations offered to assist in recovery efforts for the flood-stricken region, but nearly all endeavors remained mired yesterday in bureaucratic entanglements, in most cases, at the Federal Emergency Management Agency.

In Germany, a massive telecommunication system and two technicians await the green light to fly to Louisiana, after its donors spent four days searching for someone willing to accept the gift.

"FEMA? That was a lost case," said Mirit Hemy, an executive with the Netherlands-based New Skies Satellite who made the phone calls. "We got zero help, and we lost one week trying to get hold of them."

In Sweden, a transport plane loaded with a water purification system and a cellular network has been ready to take off for four days, while Swedish officials wait for flight clearance. Nearly a week after they were offered, four Canadian rescue vessels and two helicopters have been accepted but probably won't arrive from Halifax, Nova Scotia, until Saturday. The Canadians' offer of search-and-rescue divers has so far gone begging.

Matching offers of aid -- from Panamanian bananas to British engineers -- with needs in the devastated region is a laborious process in a disaster whose scope is unheard of in recent U.S. history, especially for a country more accustomed to giving than receiving aid.

State Department spokesman Sean McCormack said yesterday that to his knowledge, all offers of foreign aid have been accepted and some have arrived, such as Air Canada's flights to relocate displaced people. But many others must be vetted by emergency relief specialists. "I think the experts will take a look at exactly what is needed now," he said.

FEMA spokeswoman Natalie Rule said the foreign complaints echo those from governors and officials "across the nation."

"There has been that common thought that because [offers of aid] are not tapped immediately, they're not prudently used," Rule said. "We are pulling everything into a centralized database. We are trying not to suck everything in all at once, whether we need it or not."

European diplomats said publicly that they understand the difficulty of coordinating such a massive recovery effort. In an open letter released yesterday, though, Ambassador John Bruton, head of the

Delegation of the European Commission to the United States, wrote:

"Perhaps one of those lessons will be that rugged individualism is not always enough in such a crisis, particularly if an individual does not have the material and psychological means to escape the fury of a hurricane in time."

Soon after the flooding, the government of Sweden offered a C-130 Hercules transport plane, loaded with water purification equipment, and a cellular network donated by Ericsson.

"As far as I know, it's still on the ground," said Claes Thorson, press counselor at the Swedish Embassy in Washington. He said that along with 20 other European Union nations that have pledged aid, "We are ready to send our things. We know they are needed, but what seems to be a problem is getting all these offers into the country."

So far, Thorson said, the State Department has denied Sweden's request for flight clearance. "We don't know exactly why, but we have a suspicion that the system is clogged on the receiving end," he said. "But we keep a request alive all the time, so we are not forgotten."

German telecommunications company KB Impuls contacted another company, Unisat, based in Rhode Island, with the idea of contributing an integrated satellite and cellular telephone system.

In a region with its communications systems in tatters, the $3 million system could handle 5,000 calls at once, routing them, if necessary, through Germany.

KB Impuls would contribute the equipment and two engineers, supplied with their own food, water and generator fuel, to set it up. Unisat contacted another firm, New Skies Satellite, with offices in Washington, which agreed to contribute satellite capacity.

New Skies even arranged transport, securing a C-130 cargo plane from the Israeli air force, to pick up the equipment and technicians from Germany and bring them to Louisiana. "With one call, I got an airplane," Hemy said. And then, over four days, she and the owner of Unisat, Uri Bar-Zemer, called contacts at FEMA, the American Red Cross, the State Department, even members of Congress, trying to find someone to accept the gift.

Finally the State Department told them that to receive flight clearance, the gift must have a specific recipient. "I was ringing, ringing, ringing -- and nothing," Hemy said. Finally, yesterday, she got a call from the U.S. Air Force's Joint Task Force Katrina Communication Operations division, thanking the companies for the gift and inquiring about the system's technical specifications.

As of late yesterday, the companies were waiting for a written order from the Northern Command to begin the mission. "I don't have a problem confirming that," Bar-Zemer said of the story. But he expressed concerns that disclosing the difficulties in donating could jeopardize the company's chances of actually delivering the aid.

*Staff writers Robin Wright and Nelson Hernandez contributed to this report.*

© 2005 The Washington Post Company

More Like This | More Like Selected Text

9/8/05 USA TODAY 10A
2005 WLNR 14117112

USA Today (USA)
Copyright 2005 USA TODAY

September 8, 2005

Section: NEWS

Some foreign attempts to send U.S. aid stymied

Barbara Slavin

The Bush administration has accepted nearly $1 billion in **foreign aid**, but the same bottlenecks and confusion that have slowed delivery of U.S. help to the victims of **Hurricane Katrina** are frustrating some overseas donors.

Since Saturday, a Swedish transport plane carrying equipment for water purification and three cellular networks has been sitting on the tarmac at an airport in western Sweden awaiting U.S. flight clearance, Claes Thorson, press counselor at the Swedish Embassy in Washington, said Wednesday.

Despite State Department assurances that **foreign aid** was welcome, officials in Switzerland, Poland, Austria, Norway, India and South Korea told the Associated Press they were waiting to hear when and where some donations could be sent.

Thorson said one problem appeared to be bottlenecks at New Orleans International Airport. "Our last request was suspended by the State Department until further notice," he said.

Harry Thomas, the State Department official in charge of coordinating foreign offers, said the Bush administration welcomed the aid but wanted to make sure it was matched with need.

"The worst thing we could do is to take things, have them ... sit on the ground and not be utilized, to have something rot or not get to people quickly," he said at a briefing at the State Department.

Uncoordinated relief flights have been a problem in previous disasters, such as last year's Asian tsunami. Sri Lanka, a tropical country, reported receiving shipments of winter clothes.

Thomas said Katrina has triggered unprecedented offers of more than $1 billion in cash and supplies from 95 nations, including several U.S. adversaries and countries that are usually aid recipients.

Among the latest: a Mexican army convoy and a navy ship carrying food, blankets, doctors and nurses to Texas. It will be the first time Mexican soldiers have entered U.S. soil since 1846, although they will not carry arms. "This is just an act of solidarity between two peoples who are brothers," Ruben Aguilar, a spokesman for President Vicente Fox, told the AP.

The Bush administration has rejected only one offer, of 20 million barrels of oil from Iran. Thomas said the offer was made through the media and rebuffed because it was conditioned on the United States lifting economic sanctions.

The administration accepted an offer from Venezuela, whose president, Hugo Chavez, has irritated the Bush administration by forging close ties with Cuba. Venezuela's national oil company is shipping an additional 1 million barrels of oil to the United States to alleviate shortages caused by Katrina.

"Venezuela is privileged to be able to help the United States in this time of need," Bernardo Alvarez Herrera, Venezuela's ambassador to the United States, said in a statement e-mailed to reporters Wednesday.

Canada has sent planes, helicopters and ships, and 40 divers based in Florida have begun deploying to check levees and dikes in southern Louisiana, said Bernard Etzinger, a spokesman for the Canadian Embassy in Washington. Because of neighborly ties, "we have an infrastructure to fall back on," he said.

Two planes carrying tents, tarps, food and emergency personnel from France landed in Little Rock on Tuesday, and another is due in Mobile, Ala., today, said Natalie Loiseau, press counselor at the French Embassy in Washington. That flight, an A300-600 Airbus, one of the world's largest aircraft, is carrying 22 tons of supplies donated by Britain and France.

Loiseau said she understood why navigating the U.S. bureaucracy took time. In addition to the scope of the disaster, "this is the first time the United States has (had) to welcome **foreign aid**, so no one has had this job" of facilitating **foreign aid**, she said.

---- INDEX REFERENCES ----

INDUSTRY: (Aerospace & Defense (1AE96); Fixed-Wing Military Aircraft (1FI56); Aerospace (1AE56); Fixed-Wing & Helicopters (1FI11))

REGION: (Americas (1AM92); Venezuela (1VE06); Sweden (1SW65); Central America (1CE62); North America (1NO39); Western Europe (1WE41); Latin America (1LA15); Scandinavia (1SC27); Mexico (1ME48); Europe (1EU83); Northern Europe (1NO01); USA (1US73); Louisiana (1LO72); Canada (1CA33); France (1FR23); South America (1SO03))

Language: EN

OTHER INDEXING: (AP; BERNARDO ALVAREZ HERRERA; CANADIAN EMBASSY; FRENCH EMBASSY; NAVY; STATE DEPARTMENT; SWEDISH EMBASSY) (Bernard Etzinger; Bush; Claes Thorson; Harry Thomas; Hugo Chavez; Katrina; Loiseau; Natalie Loiseau; Ruben Aguilar; Thomas; Thorson; Vicente Fox)

EDITION: FINAL

Word Count: 754
9/8/05 USATD 10A
END OF DOCUMENT

More Like This | More Like Selected Text

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

© 2005 Dialog, a Thomson business.

**NewsRoom**

More Like This | More Like Selected Text

9/8/05 N.Y. Times A25
2005 WLNR 14119492

New York Times (NY)
Copyright (c) 2005 The New York Times. All rights reserved.

September 8, 2005

Section: A

STORM AND CRISIS: **FOREIGN AID**; Offers Pour In, But the U.S. Is Unprepared

JOEL BRINKLEY and CRAIG S. SMITH

Generous offers of aid for **Hurricane Katrina** victims are pouring in from scores of nations, but United States is unprepared to receive it; State Department has asked countries offering equipment to provide cash or ready-to-eat meals instead, adding to puzzlement of many nations; all told, State Department says it has received donations from 49 nations or international organizations, including $428 million in cash, bulk of which is from Kuwait, Qatar and United Arab Emirates (M)

WASHINGTON, Sept. 7 Generous offers of aid for **Hurricane Katrina** victims are pouring in from scores of nations, but in many cases the United States is unprepared to receive the goods.

As a result, the State Department is pressing countries that are offering the use of helicopters, water purification equipment and telecommunications gear, among other items, to provide cash or ready-to-eat meals instead.

"The worst thing we could do, the worst thing, is to take things" and "have them sit on the ground and not be utilized, to have something rot," said Harry K. Thomas, the State Department's executive secretary, who is coordinating with other governments. Many countries are being told that the most useful donation is money, and some European countries are bemused -- or frustrated.

"There is a lot of stuff offered, but we are having a problem getting it over," said Claes Thorson, a spokesman at the Swedish Embassy in Washington.

Even with the difficulties, **foreign aid** is beginning to arrive at or near the Gulf Coast, including ready-to-eat meals from Britain, tents from France, first-aid kits and baby formula from Italy. All told, the State Department said Wednesday, donations from 49 nations or international organizations have been accepted -- including $428 million in cash.

The bulk of the cash came from three oil-rich Arab nations. Kuwait, Qatar and the United Arab Emirates each offered $100 million.

The State Department says 95 countries, half of the world's nations, have promised aid in one form or another. But the department says the government is still evaluating many of the proposals to see if they can actually be used. Among the nations that have pledged assistance are several that receive significant American aid, including Israel, Afghanistan and Iraq.

The United States is more accustomed to giving aid than receiving it, and the Bush administration seemed to have trouble accepting the role reversal, at least at first. Early last week, President Bush said the United States could take care of itself.

"I do expect a lot of sympathy, and perhaps some will send cash dollars," he said. "But this country is going to rise up and take care of it."

As the size of the crisis became apparent, the view changed. But the preparations to receive anything but the simplest forms of aid have not caught up.

Mr. Thomas explained that the United States has no experience with situations like this. Speaking to reporters on Wednesday, he said several times, "This is unprecedented."

Last weekend, the State Department sent urgent requests for international aid through the North Atlantic Treaty Organization, the United Nations and the European Union. At the top of the list was cash. Most of the other items requested were basic goods like food, water, medical supplies and diapers.

When Sweden received the American request, it loaded a Hercules C-130 transport plane with water purification equipment, emergency power generators and components for a temporary cellphone network. The plane has been ready to take off since noon Saturday, but has not been given clearance by Washington.

"We are still waiting for the green light," Victoria Forslund said at the Foreign Ministry in Stockholm. Sean McCormack, the State Department spokesman, said, "If there are any miscommunications on this matter, we want to make it very clear we value their offer of assistance."

Sweden is not the only country that has encountered a problem. France, Germany, India and Taiwan, among others, are awaiting answers to offers. The slow acceptance after the urgent request has only increased the puzzlement of many countries. Mr. Thomas said embassy officers in each country have tried to explain why the aid requests are being handled as they are and insisted "every country has heard back from us."

On Monday, only one plane bearing **foreign aid** arrived in Little Rock, Ark., a staging area. On Tuesday, 11 planes arrived. Wednesday and Thursday, more planes -- from Britain, China, France, Russia, Spain and Israel -- are due.

As Europe prepares more supplies, officials say they are beginning to wonder whether the aid is really needed or will ever be used.

"That's our preoccupation right now," said Barbara Helfferich, a spokeswoman for the executive branch of the European Union.

---- INDEX REFERENCES ----

NEWS SUBJECT: (Natural Disasters (1NA67); United Nations (1UN54); World Organizations (1IN77); European Union (1EU94); EU News (1EU58))

INDUSTRY: (Food & Beverage Production (1FO79); Agriculture, Food & Beverage (1AG53))

REGION: (Americas (1AM92); United Arab Emirates (1UA66); Sweden (1SW65); North America (1NO39); Western Europe (1WE41); Mediterranean (1ME20); Middle East (1MI23); Scandinavia (1SC27); Europe (1EU83); Northern Europe (1NO01); USA (1US73); Gulf States (1GU47); Qatar (1QA42); France (1FR23); Arab States (1AR46); Kuwait (1KU68))

Language: EN

OTHER INDEXING: (Brinkley, Joel; Smith, Craig S) (AID; ARAB; EUROPEAN UNION; FOREIGN MINISTRY; OFFERS POUR; STATE DEPARTMENT; SWEDISH EMBASSY; UNITED NATIONS) (Barbara Helfferich; Bush; Claes Thorson; Europe; Generous; Harry K. Thomas; Sean McCormack; Thomas) (Hurricanes and Tropical Storms; **Foreign Aid**; Katrina (Storm); Hurricanes and Tropical Storms) (Qatar; United Arab Emirates; Kuwait)

COMPANY TERMS: STATE DEPARTMENT

More Like This | More Like Selected Text

9/2/05 Boston Globe A31
2005 WLNR 13816709

Boston Globe (MA)
Copyright 2005 Globe Newspaper Company

September 2, 2005


Section: National/Foreign

US SENDS MIXED SIGNALS ON ACCEPTING AID FROM ABROAD

Farah Stockman Globe Staff

WASHINGTON The offers of **foreign aid** keep pouring in: helicopters from Canada, cash from Japan, tents and military aircraft from France even oil from Venezuela, a political foe. At least 25 countries have offered humanitarian assistance to the United States to recover from **Hurricane Katrina**, one of the worst natural disasters in US history.

But despite the increasingly desperate situation on the ground, the Bush administration has sent mixed signals about whether it will take these global well-wishers up on their offers.

President Bush indicated yesterday morning that the United States had not requested foreign help and didn't need it.

"I'm not expecting much from foreign nations because we haven't asked for it," Bush told ABC's "Good Morning America." "I do suspect a lot of sympathy, and perhaps some will send cash dollars. But this country is going to rise up and take care of it. You know, we love help, but we're going to take care of our own business, as well."

Hours later, however, State Department spokesman Sean McCormack said that Secretary of State Condoleezza Rice had spoken with the White House and decided that "we will accept all offers of foreign assistance. Anything that can be of help to alleviate the difficult situation, the tragic situation of the people of the area affected by **Hurricane Katrina** will be accepted."

It would not be the first time the United States the world's largest humanitarian donor has received a helping hand from abroad.

The terrorist attacks of Sept. 11, 2001, brought a flood of rescue teams, some from as far away as Turkey. After Hurricane Andrew in 1992, Japan gave cash and tents to the governments of Florida and Louisiana.

But Americans typically have been reluctant to accept aid, in part because the United States already has much of the equipment that countries intend to give and because coordinating the aid is complex and laborious, said one State Department official who asked not to be identified.

But as thousands remained in need of food and shelter yesterday, the mood in Washington appeared to shift, with McCormack telling reporters than no aid would be turned down.

Roberta Cohen, a specialist on humanitarian disasters at the Brookings Institution, a nonpartisan think tank, said yesterday that the administration should seriously consider the offers. "If [aid] were rejected out of hand because of national pride, that would be unfortunate," she said.

A European diplomat who asked not to be identified said the State Department told embassies on

Wednesday that the US government did not need help in the first phase of rescuing survivors and restoring order, but that the Federal Emergency Management Agency would sift through aid offers to see if any could be of use in the second phase of cleanup and reconstruction.

The Canadian military has set aside a number of Hercules Aircraft C130, in case the United States calls, and is in the process of packing a ship with a helicopter, water purifying equipment, and electric generators that could sail for the Gulf of Mexico at a moment's notice.

Some of the United States' poorest neighbors also offered assistance, including Honduras, Jamaica, Colombia, the Dominican Republic, El Salvador, and Mexico.

Perhaps the most unusual offer came from Hugo Chavez, the socialist leader of Venezuela who is openly hostile to the US government. On Wednesday, Chavez offered drinking water, food, and oil to the United States.

Later, Chavez told Venezuelan television that Bush was a "cowboy" and the "king of vacations" who had failed to evacuate the population of New Orleans before the hurricane hit.

---- INDEX REFERENCES ----

NEWS SUBJECT: (Natural Disasters (1NA67); International Terrorism (1IN37); Sept 11th Aftermath (1SE05))

REGION: (Mexico (1ME48); Europe (1EU83); USA (1US73); Americas (1AM92); Venezuela (1VE06); Louisiana (1LO72); North America (1NO39); Central America (1CE62); Canada (1CA33); South America (1SO03); Latin America (1LA15))

Language: EN

OTHER INDEXING: (ABC; BROOKINGS INSTITUTION; EUROPEAN; FEDERAL EMERGENCY MANAGEMENT AGENCY; KATRINA; STATE DEPARTMENT; WHITE HOUSE) (Bush; Condoleezza Rice; Louisiana; McCormack; Roberta Cohen; Sean McCormack; SENDS MIXED SIGNALS)

EDITION: THIRD

Word Count: 734
9/2/05 BOSTONG A31
END OF DOCUMENT

More Like This | More Like Selected Text

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

© 2005 Dialog, a Thomson business.                    **News**Room

More Like This | More Like Selected Text

9/8/05 Boston Globe A12
2005 WLNR 14129053

Boston Globe (MA)
Copyright 2005 Globe Newspaper Company

September 8, 2005

Section: National/Foreign

US ACCEPTS NEARLY $1B IN **FOREIGN AID**

Farah Stockman, Globe Staff

WASHINGTON The State Department has announced that it has accepted nearly a billion dollars in pledges of **foreign aid** following **Hurricane Katrina,** including hundreds of millions in cash to be donated directly to the federal government as well as planeloads of ready-to-eat meals, tents, and baby formula.

The assistance is beginning to pour in from countries large and small, a week after President Bush said on ABC's "Good Morning America" that he had not asked for foreign assistance and didn't think the United States needed it.

Yesterday, Harry Thomas Jr., the State Department executive secretary who is helping to coordinate the foreign relief effort, denied that the Bush administration was lukewarm toward accepting the help.

"Not in the State Department," Thomas said, without referring to the White House. "We welcomed all offers. This is unprecedented."

Still, the effort to coordinate **foreign aid** has faced many of the same difficulties and delays that have dogged the entire emergency response. The United States says it must carefully coordinate the aid and determine what help is needed and where to send it.

Yesterday, three Canadian warships and one coast guard ship departed for the Gulf Coast, a week after the government rushed to pack them with emergency assistance. Canadian divers also began work to help repair the damaged harbor in Pascagoula, Miss.

A Mexican army convoy and a navy ship stocked with food, supplies, and specialists made their way north toward the US border last night, days after Mexico extended its offer of assistance. On Tuesday, the first planeload of tents arrived from France at a military airport in Little Rock, Ark., after officials spent all weekend trying to determine where the shipment should land. Another French plane filled with food was due to land yesterday in Biloxi, Miss.

Aid officials in Poland and Austria said yesterday they had not yet heard back from the United States about whether their offers of aid had been accepted. Planeloads of supplies waited yesterday morning in Sweden and India without word from the US government on whether or when they would receive permission to land in the United States.

Thomas said yesterday that it takes time to sift through the offers and match them with needs.

"The worst thing we could do, the worst thing, is to take things, have them go to Little Rock or any other distribution center, sit on the ground and not be utilized," he said.

Despite the logistical difficulties and the early message from Bush, foreign countries leapt to help.

Fatma Al-Khalifa, director of the information office at the Kuwaiti Embassy, said her country donated a massive package of cash and crude oil worth half a billion dollars because Americans came to the tiny country's aid during the first Gulf War.

More than 95 countries have come forward with offers, and so far 48 have been accepted. In addition to pledges from the oil-rich Middle East, donors also include some of the world's poorest economies, including Sri Lanka, Afghanistan, and Djibouti.

The US government immediately accepted all cash donations, which are easy to process. So far, that amount totals about $350 million. The funds were being channeled to the State Department, USAID, and the initiative set up by Presidents Bill Clinton and George H. W. Bush, Thomas said. Other countries opted to donate directly to the Red Crescent or the Red Cross.

The US government has also given the go-ahead for food aid from Thailand, medical supplies from Taiwan, baby clothes from Mexico, high-speed water pumps from Germany, first aid kits from Israel, and levee specialists from the Netherlands.

But the US government has yet to take Fidel Castro of Cuba up on his offer to send 1,000 doctors. Thomas said the Bush administration also had rejected Iran's offer to send 10 million barrels of crude; it appeared to be conditional on the United States agreeing not to seek UN sanctions against Iran over its nuclear program.

SIDEBAR 1:
Donations

Kuwait : $400 million in oil and $100 million cash

United Arab Emirates: $100 million cash

Qatar : $100 million cash

Republic of Korea : $30 million cash and in-kind donations

Australia : $7.6 million

China : $5.1 million cash and

relief supplies

India : $5 million cash

Ireland : $1 million to Red Cross

Iraq: $1 million cash

Bangladesh : $1 million cash

Azerbaijan : $500,000 cash

Gabon : $500,000 cash

Afghanistan : $100,000 cash

Armenia : $100,000 cash

Bahamas : $50,000 cash

Maldives : $25,000 cash

Sri Lanka : $25,000 cash

Bosnia : $6,414 cash

SOURCE: US State Department

SIDEBAR 2:
HOW TO HELP
- Salvation Army

To donate by phone: 1-800-SAL-ARMY

Online: www.salvationarmyusa.org

To learn more: 617-542-5420.

- American Red Cross

To donate by phone: 1-800-HELP-NOW

Online: www.redcross.org

To volunteer: e-mail or call your local Red Cross chapter.

Through a partnership with the Red Sox, donations will also be accepted at Fenway Park through Sept. 11.

- The United Way

To donate by phone: 1-800-272-4630

Online: national.unitedway.org

- Greater Boston Food Bank

To donate by phone: 617-427-5200

Online: www.gbfb.org/katrina

- Catholic Charities

To donate by phone: 1-800-919-9338

Online: www.ccab.org

- Feed the Children

To donate by phone: 1-800-525-7575

Online: www.feedthechild ren.org

- United Jewish Communities

To donate by phone: 1-877-277-2477

Online: www.ujc.org

- Presbyterian Disaster Relief

To donate by phone:1-800-872-3283

Online: www.pcusa.org/pda

- Islamic Relief

To donate by phone: 1-818-238-9520

Online: www.irw.org/donate

- Lutheran Disaster

Response

To donate by phone: 1-800-638-3522

Online: www.LDR.org/disaster

- United Methodist Church

To donate by phone: 1-800-554-8583

Online: www.methodist relief.org

- Operation Blessing

To donate by phone: 1-757-226-3401

Online: www.ob.org

- Unitarian Universalist Service Committee

To donate by phone: 1-888-792-5885

Online: www.uua.org

- Oxfam America

To donate by phone: 1-800-776-9326

Online: www.oxfamamerica.org

- Episcopal Relief and Development

To donate by phone: 1-800-334-7626

Online: www.er-d.org

- International Medical Corps

To donate by phone: 1-800-481-4462

Online: www.imcworldwide.org

- Church World Service

To donate by phone: 1-800-297-1516

Online: www.churchworldservice.org

- Project HOPE

To donate by phone: 1-800-544-4673

Online: www.projecthope.org

---- INDEX REFERENCES ----

COMPANY: AMERICAN RED CROSS

REGION: (Afghanistan (1AF45); India (1IN24); Poland (1PO03); Americas (1AM92); Southern Asia
(1SO52); Central America (1CE62); North America (1NO39); Mississippi (1MI74); Asia (1AS61);
Western Europe (1WE41); Latin America (1LA15); Mexico (1ME48); Middle East (1MI23); Sri Lanka
(1SR77); Europe (1EU83); USA (1US73); Eastern Europe (1EA48); Indian Subcontinent (1IN32);
Arkansas (1AR83); Arab States (1AR46); Canada (1CA33); France (1FR23); Western Asia (1WE54);
Kuwait (1KU68))

Language: EN

OTHER INDEXING: (ABC; ACCEPTS; AMERICAN RED CROSS; BOSTON FOOD BANK; CHURCH WORLD
SERVICE; FOREIGN; INTERNATIONAL MEDICAL CORPS; KATRINA; KUWAITI EMBASSY; NAVY; RED
CRESCENT; RED CROSS; RED SOX; STATE DEPARTMENT; UNITARIAN UNIVERSALIST SERVICE
COMMITTEE; UNITED; UNITED JEWISH; UNITED METHODIST; USAID; WHITE HOUSE) (Afghanistan;
America; ASSISTANCE GLOBAL RESPONSE; Bosnia; Bush; Catholic Charities; Episcopal Relief; Fatma
Al-Khalifa; Fidel Castro; George H. W. Bush; Harry Thomas Jr.; Islamic Relief; Operation Blessing;
Oxfam America; Presidents Bill Clinton; Project; Thomas)

EDITION: THIRD

Word Count: 1261
9/8/05 BOSTONG A12
END OF DOCUMENT

More Like This | More Like Selected Text

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

© 2005 Dialog, a Thomson business.

**NewsRoom**