EXHIBIT 1



United States Department of State

Washington, D.C. 20520

December 15, 2005
Case Number: 200503991

Anne L. Weismann, Esq.
Chief Counsel
Citizens for Responsibility and Ethics in Washington
11 DuPont Circle, N.W., 2nd Floor
Washington, D.C. 20036

Dear Ms. Weismann:

This is in response to your letter of October 25, 2005, in which you appealed our decision to deny Ms. Sloan's request for expedited processing and her request for a fee waiver regarding the FOIA request for documents relating to the Department of State's response to hurricane Katrina. Based upon information in your October 25 letter, the request is being interpreted as encompassing records relating to offers of foreign assistance in response to hurricane Katrina. I apologize for the delay of this response.

With respect to your request for expedited processing, after carefully considering the additional information you provided and reviewing your original request again, I must regretfully advise you that I agree with our decision to deny your request. In your appeal, you state that "CREW is an entity engaged in disseminating information, to inform the public about the circumstances surrounding the Department of State's response to offers of assistance from foreign governments" in response to hurricane Katrina.

I find that while your organization makes information available to the public, based upon the information in your organization's letters of September 7 and October 25 and a review of your website, that news dissemination is not your

---

*Office of Information Programs and Services*
*U.S. Department of State SA-2*
*Washington, DC 20522-8100*
*Web site: foia.state.gov*

*Inquiries:*
*Phone: 1-202-261-8314*
*FAX: 1-202-261-8579*
*email: FOIAStatus@state.gov*

-2-

primary function. Our regulations specifically state that "[p]ersons must demonstrate that their primary activity involves publishing or otherwise disseminating information to the public, not just a particular segment or group." 22 C.F.R. 171.12(b)(2). Based on the foregoing, I must deny your request for expedited processing.

With respect to your request for a waiver of fees, I have reconsidered our initial denial of a fee waiver. We will grant your request for a fee waiver.

Please be sure to refer to your request number in your communications about this case. Again, I apologize for the delay of this response and appreciate your continued patience and courtesy.

Sincerely,

Charlene Wright Thomas
Chief, Requester Liaison Division

---

Office of Information Programs and Services
U.S. Department of State SA-2
Washington, DC 20522-8100
Web site: foia.state.gov

Inquiries:
Phone: 1-202-261-8314
FAX: 1-202-261-8579
email: FOIAStatus@state.gov