UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
CITIZENS FOR RESPONSIBILITY AND        )
ETHICS IN WASHINGTON,                  )
11 Dupont Circle, N.W.                 )
Washington, D.C. 20036                 )
                                       )
        Plaintiff,                     )
                                       )
   v.                                  )   Civil Action No.: 1:05CV02382 (EGS)
                                       )   Hon. Emmet G. Sullivan
UNITED STATES DEPARTMENT OF            )
STATE,                                 )
2201 C Street, N.W.                    )
Washington, D.C. 20528                 )
                                       )
        Defendant.                     )
_____)


**JOINT MOTION TO DISMISS CLAIM THREE OF THE COMPLAINT (IMPROPER DENIAL OF FEE WAIVER) AS MOOT AND FOR LEAVE TO SET A BRIEFING SCHEDULE ON MOTIONS FOR PARTIAL SUMMARY JUDGMENT**

In light of this Court's order dated January 13, 2006, Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") and Defendant United States Department of State ("State Department"), by and through undersigned counsel, hereby jointly move (1) to dismiss Claim Three of the Complaint (Improper Denial of Fee Waiver) as moot, as the Defendant has provided the requested relief, and (2) for leave to set a briefing schedule on motions for partial summary judgment on Claim Four of the Complaint (Improper Denial of Expedition). After conferring, the parties seek leave to file this motion in lieu of a Rule 16 Report, as this is a case filed under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and is therefore exempt from the requirements of Local Civil Rule 16-3, see LCvR 16.3(b)(9).

In support of this motion, the parties state as follows:

1. <u>Claim Three of the Complaint (Improper Denial of Fee Waiver) Is Moot and Should Therefore Be Dismissed</u>.

    a. This case concerns a Freedom of Information Act ("FOIA") request Plaintiff filed with the State Department by letter dated September 7, 2005. In its request, CREW sought, *inter alia*, a waiver of fees associated with processing the request.

    b. By letter dated October 6, 2005, the State Department advised CREW that its request for a waiver of fees was denied. CREW appealed this denial by letter dated October 25, 2005.

    c. After receiving no response to the October 25, 2005, letter, CREW filed its complaint on December 13, 2005. Count Three of the Complaint alleges that the State Department improperly denied Plaintiff's request for a fee waiver.

    d. By letter dated December 15, 2005, the State Department advised CREW that it had considered CREW's administrative appeal and that CREW's request for a fee waiver was granted.

    e. In light of this determination, the parties agree that there is no longer an issue of whether CREW is entitled to a waiver of fees associated with the State Department's processing of CREW's FOIA request. Accordingly, both parties agree that Count Three of the Complaint should now be dismissed.

2. <u>The Parties Request that the Following Briefing Schedule Be Set for Motions for Partial Summary Judgment on Claim Four of the Complaint (Improper Denial of Expedition)</u>:

    a. Claim Four of the Complaint (Improper Denial of Expedition) alleges that the Defendant violated FOIA by failing to expedite Plaintiff's FOIA request.

b.      The Court's decision on expedition will affect the time within which the Plaintiff's FOIA request is able to be processed by Defendant and will therefore affect the timing for a decision on the remaining issues in the Complaint.  For these reasons, the parties agree that the question of expedition should be decided first, according to the following schedule.

c.      Plaintiff shall have up to and including February 10, 2006, to file and serve a motion for partial summary judgment on Claim Four of the Complaint (Improper Denial of Expedition).  The memorandum in support of that motion shall comply with the page limit in LCvR 7(e).

d.      Defendant shall have up to and including March 1, 2006, to file and serve a memorandum in opposition to Plaintiff's motion for summary judgment and a cross-motion for summary judgment on Claim Four of the Complaint (Improper Denial of Expedition).  The memorandum and cross-motion shall comply with the page limits in LCvR 7(e).

e.      Plaintiff shall have until March 13, 2006, to file and serve a memorandum in reply on its motion for partial summary judgment and in response to any cross-motion for partial summary judgment.  The memorandum shall comply with the page limits in LCvR 7(e).

f.      Defendant shall have until March 20, 2006, to file and serve a reply memorandum in support of its cross-motion for partial summary judgment.  The reply shall comply with the page limit in LCvR 7(e).

It is requested that the Court so order.

Respectfully submitted,

| | |
|---|---|
| /s/ *Anne L Weismann* | PETER D. KEISLER |
| ANNE L. WEISMANN | Assistant Attorney General |
| (D.C. Bar No. 298190) | |
| | KENNETH L. WAINSTEIN |
| MELANIE SLOAN | United States Attorney |
| (D.C. Bar No. 434584) | |
| | ARTHUR R. GOLDBERG |
| Citizens for Responsibility and | (DC Bar No. 180661) |
| Ethics in Washington | Assistant Branch Director |
| 11 Dupont Circle, N.W. | U.S. Department of Justice |
| Washington, D.C. 20036 | Civil Division, Federal Programs Branch |
| (202) 588-5565 | |
| | /s/ *Eric R. Womack* |
| Counsel for Plaintiff | ERIC R. WOMACK |
| | Trial Attorney |
| | U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 20 Massachusetts Ave., N.W., Room 7218 |
| | Washington, D.C., 20530 |
| | Telephone: (202) 514-4020 |
| | Fax: (202) 616-8470 |
| | Eric.Womack@usdoj.gov |
| | |
| | Counsel for Defendant |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2006, I caused a true and correct copy of the foregoing Joint Motion to Dismiss Claim Three of the Complaint (Improper Denial of Fee Waiver) as Moot and for Leave to Set a Briefing Schedule on Motions for Partial Summary Judgment and accompanying proposed Order to be served on Plaintiff's counsel electronically by means of the Court's ECF system.



                                                  */s/ Eric Womack*
                                              ERIC R. WOMACK