UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, 11 Dupont Circle, N.W. Washington, D.C. 20036<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF STATE, 2201 C Street, N.W. Washington, D.C. 20528<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.: 1:05CV02382 (EGS)<br>)   Hon. Emmet G. Sullivan<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of the parties' Joint Motion to Dismiss Claim Three of the Complaint (Improper Denial of Fee Waiver) as Moot and for Leave to Set a Briefing Schedule on Motions for Partial Summary Judgment, it is by this Court hereby

**ORDERED** that Claim Three of this action be, and hereby is, **DISMISSED**; and

**ORDERED** that Plaintiff shall have up to and including February 10, 2006, to file and serve a motion for partial summary judgment on Claim Four of the Complaint (Improper Denial of Expedition). The memorandum in support of that motion shall comply with the page limit in LCvR 7(e). Defendant shall have up to and including March 1, 2006, to file and serve a memorandum in opposition to Plaintiff's motion for summary judgment and a cross-motion for summary judgment on Claim Four of the Complaint (Improper Denial of Expedition). The

memorandum and cross-motion shall comply with the page limits in LCvR 7(e).

Plaintiff shall have until March 13, 2006, to file and serve a memorandum in reply on its motion for partial summary judgment and in response to any cross-motion for partial summary judgment. The memorandum shall comply with the page limits in LCvR 7(e). Defendant shall have until March 20, 2006, to file and serve a reply memorandum in support of its cross-motion for partial summary judgment. The reply shall comply with the page limit in LCvR 7(e).

DONE, this _____ day of _____, 2006.

_____
EMMET G. SULLIVAN
United States District Judge