UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, <br> 11 Dupont Circle, N.W. <br> Washington, D.C. 20036 <br><br>                Plaintiff, <br><br>        v. <br><br> UNITED STATES DEPARTMENT OF STATE, <br> 2201 C Street, N.W. <br> Washington, D.C. 20528 <br><br>                Defendant. | Civil Action No.: 1:05CV02382 (EGS) <br> Hon. Emmet G. Sullivan |

**JOINT MOTION TO DISMISS CLAIM FOUR OF THE COMPLAINT
(IMPROPER DENIAL OF EXPEDITION) AS MOOT
AND TO VACATE THE CURRENT BRIEFING SCHEDULE**

Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") and Defendant United States Department of State ("State Department"), by and through undersigned counsel, hereby jointly move (1) to dismiss Claim Four of the Complaint (Improper Denial of Expedition) as moot, as the Defendant has provided the requested relief, and (2) for leave to vacate the current briefing schedule in light of the State Department's recent action.

In support of this motion, the parties state as follows:

1. <u>Claim Four of the Complaint (Improper Denial of Expedition) Is Moot and Should Therefore Be Dismissed</u>.

    a.    This case concerns a Freedom of Information Act ("FOIA") request Plaintiff filed with the State Department by letter dated September 7, 2005.  In its request, CREW

sought, *inter alia*, expedited processing of the request.

b.      By letter dated October 6, 2005, the State Department advised CREW that its request for expedited processing was denied.  CREW appealed this denial by letter dated October 25, 2005.

c.      By letter dated December 15, 2005, the State Department advised CREW that it had considered CREW's administrative appeal and that CREW's request for expedited processing was denied.

d.      Upon further review, the State Department has agreed to grant expedited processing of CREW's FOIA request.  Accordingly, defendant has placed CREW's request in line with other requests that have been found to warrant expedition.  The State Department has agreed to release documents on a rolling basis while the request is being processed.

e.      The parties are in agreement that the State Department's decision to grant expedition is limited in scope to the present case and will not affect the State Department's discretion to review future requests on a case-by-case basis.  The parties are also in agreement that the State Department's voluntary decision to grant expedition does not support a motion for attorney's fees, if such a motion should be filed at the conclusion of litigation.

f.      In light of the State Department's determination, the parties agree that there is no longer an issue related to expedited processing.  Accordingly, both parties agree that Claim Four of the Complaint should now be dismissed.

2.The Parties Request that the Current Briefing Schedule on the Issue of Expedited Processing Be Vacated

a.As the State Department has granted CREW's request for expedited processing, that issue is moot and briefing is unnecessary.

b.The State Department needs additional time to determine how long it will take for the expedited request to be processed. Once the State Department has an estimate of the time necessary to complete the request for expedited processing, the parties have agreed to meet and confer regarding the status of this case, including whether further briefing is necessary, and, if so, what issues remain to be briefed.

c.The parties request leave to file a motion with the Court on or before February 17, 2006, indicating the need, if any, to set a briefing schedule on remaining issues.

It is requested that the Court so order.

Respectfully submitted,

| | |
|---|---|
| */s/ Anne L. Weismann* <br> ANNE L. WEISMANN <br> (D.C. Bar No. 298190) <br> <br> MELANIE SLOAN <br> (D.C. Bar No. 434584) <br> <br> Citizens for Responsibility and <br> Ethics in Washington <br> 11 Dupont Circle, N.W. <br> Washington, D.C.  20036 <br> (202) 588-5565 <br> <br> <br> Counsel for Plaintiff | PETER D. KEISLER <br> Assistant Attorney General <br> <br> KENNETH L. WAINSTEIN <br> United States Attorney <br> <br> ARTHUR R. GOLDBERG <br> (DC Bar No. 180661) <br> Assistant Branch Director <br> U.S. Department of Justice <br> Civil Division, Federal Programs Branch <br> <br> */s/ Eric R. Womack* <br> ERIC R. WOMACK <br> Trial Attorney <br> U.S. Department of Justice <br> Civil Division, Federal Programs Branch <br> 20 Massachusetts Ave., N.W., Room 7218 <br> Washington, D.C., 20530 <br> Telephone: (202) 514-4020 <br> Fax: (202) 616-8470 <br> Eric.Womack@usdoj.gov <br> <br> Counsel for Defendant |

## CERTIFICATE OF SERVICE

    I hereby certify that on February 3, 2006, I caused a true and correct copy of the foregoing Joint Motion to Dismiss Claim Four of the Complaint (Improper Denial of Expedition) as Moot and to Vacate the Current Briefing Schedule and accompanying proposed Order to be served on Plaintiff's counsel electronically by means of the Court's ECF system.



                                                */s/ Eric Womack*
                                              ERIC R. WOMACK