UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, 11 Dupont Circle, N.W. Washington, D.C. 20036<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF STATE, 2201 C Street, N.W. Washington, D.C. 20528<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 1:05CV02382 (EGS)<br>)  Hon. Emmet G. Sullivan<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of the parties' Joint Motion to Dismiss Claim Four of the Complaint (Improper Denial of Expedition) as Moot and to Vacate the Current Briefing Schedule, it is by this Court hereby

**ORDERED** that Claim Four of this action be, and hereby is, **DISMISSED**; and

**ORDERED** that the current briefing schedule on Motions for Partial Summary Judgment be, and hereby is, **VACATED**.

The parties shall inform the Court by motion on or before February 17, 2006, of the status of this case and the parties' belief about the manner in which the remaining issues should be resolved.

DONE, this _____ day of _____, 2006.

_____
EMMET G. SULLIVAN
United States District Judge