**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

CITIZENS FOR RESPONSIBILITY AND )
ETHICS IN WASHINGTON, )
11 Dupont Circle, N.W. )
Washington, D.C.  20036 )
 )
       Plaintiff, )
 )
       v. )   Civil Action No.: 1:05CV02382 (EGS)
 )   Hon. Emmet G. Sullivan
UNITED STATES DEPARTMENT OF )
STATE, )
2201 C Street, N.W. )
Washington, D.C.  20528 )
 )
       Defendant. )
_____)


**JOINT STATUS REPORT REGARDING DOCUMENT PRODUCTION DATES**

     Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") and Defendant

United States Department of State ("State Department"), by and through undersigned counsel,

hereby submit this joint status report detailing the dates for production of the first set of

documents that are responsive to CREW's FOIA request.

     The State Department has granted CREW both a waiver of fees and expedited processing

of CREW's FOIA request.  Accordingly, the State Department has been searching for potentially

relevant documents in its files on an expedited basis.  In the course of this search, the State

Department has identified the State Archiving System ("SAS"), the centralized records file for

the Department, as a primary source of relevant documents.  The State Department has searched

the SAS, has identified hundreds of potentially relevant documents, and has been conducting a

review of those documents on an expedited basis that it expects to complete no later than April

10, 2006.

In order to provide CREW with the documents as soon as possible, the parties have agreed that the State Department will produce relevant documents from the SAS on a rolling basis.  On or before March 31, 2006, the State Department will produce all documents from the SAS that have been identified by that date as relevant to CREW's FOIA request.  The remainder of the documents from the SAS will be produced no later than April 10, 2006.  In the meantime, the State Department will continue to search on an expedited basis for documents held by its regional components and, to the extent that the regional component has identified potentially relevant documents in its region, in State Department posts throughout the world.

After CREW has had the opportunity to review the documents from the SAS, the parties will discuss the possibility of narrowing or limiting the remaining searches.  Once the parties have had the opportunity to confer, they will inform the Court of the status of the case and the date for the production of any remaining relevant documents.

Respectfully submitted,

_/s/ Anne L. Weismann_
ANNE L. WEISMANN
(D.C. Bar No. 298190)

MELANIE SLOAN
(D.C. Bar No. 434584)

Citizens for Responsibility and
Ethics in Washington
11 Dupont Circle, N.W.
Washington, D.C.  20036
(202) 588-5565


Counsel for Plaintiff

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

ARTHUR R. GOLDBERG
(DC Bar No. 180661)
Assistant Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch

_/s/  Eric R. Womack_
ERIC R. WOMACK
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7218
Washington, D.C., 20530
Telephone: (202) 514-4020
Fax: (202) 616-8470
Eric.Womack@usdoj.gov

Counsel for Defendant

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 17, 2006, I caused a true and correct copy of the

foregoing Joint Status Report to be served on Plaintiff's counsel electronically by means of the

Court's ECF system.


_____
*/s/ Eric Womack*
ERIC R. WOMACK