UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
CITIZENS FOR RESPONSIBILITY AND      :
ETHICS IN WASHINGTON,                :
11 Dupont Circle, N.W.               :
Washington, D.C.  20036              :
                                     :
      Plaintiff,                    :
                                     :
  v.                               :   Civil Action No. 05-2382 (EGS)
                                     :
UNITED STATES DEPARTMENT OF          :
STATE,                               :
2201 C Street, N.W.                  :
Washington, D.C.  20528              :
                                     :
      Defendant.                    :
_____:


**PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE THAT Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") has a new address and telephone number.  All service, correspondence, and notices in this action should be directed to:

    Anne L. Weismann
    Citizens for Responsibility and Ethics in Washington
    1400 Eye Street, N.W.
    Suite 450
    Washington, D.C.  20005
    Telephone: (202) 408-5565, ext. 108
    Fax: (202) 588-5020
    E-Mail: Aweismann@citizensforethics.org

                        Respectfully submitted,

                        ____/s/_____
                        Anne L. Weismann
                        (D.C. Bar No. 298190)

        Melanie Sloan
        (D.C. Bar No. 434584)
        Citizens for Responsibility and
         Ethics in Washington
        1400 Eye Street, N.W.
        Suite 450
        Washington, D.C. 20005
        Phone: (202) 5408-5565
        Fax: (202) 588-5020

        Attorneys for Plaintiff

Dated: March 15, 2006