UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND )<br>ETHICS IN WASHINGTON, )<br>11 Dupont Circle, N.W. )<br>Washington, D.C.  20036 )<br>    )<br>    Plaintiff, )<br>    )<br>v.    )<br>    )<br>UNITED STATES DEPARTMENT OF )<br>STATE, )<br>2201 C Street, N.W. )<br>Washington, D.C.  20528 )<br>    )<br>    Defendant. )<br>_____) | Civil Action No.: 1:05CV02382 (EGS)<br>Hon. Emmet G. Sullivan |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT**

Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") and Defendant United States Department of State ("State Department"), by and through undersigned counsel, hereby submit this joint motion for extension of time to file a status report.

The State Department has granted CREW both a waiver of fees and expedited processing of CREW's FOIA request.  Accordingly, the State Department has been searching for potentially relevant documents in its files on an expedited basis.  On March 31 and April 10, 2006, the State Department delivered to CREW approximately 444 documents obtained from a search of the State Archiving System ("SAS").  On May 11, the State Department delivered approximately 279 documents resulting from a search of the Bureau of European and Eurasian Affairs.  And on June 7, the State Department delivered approximately 190 documents resulting from a search of the Bureau of South Asian Affairs and the Bureau of Public Affairs, as well as a partially

completed search of the Bureau of East Asian and Pacific Affairs.

In a discussion regarding the document production, CREW noted its belief that the scope of its original request with the State Department included delivery of goods resulting from accepted offers of foreign assistance. In response, the State Department has expanded its search to include all documents relating to the "delivery" of goods, which the parties have defined as "any and all records relating to the ultimate destination and delivery of all forms of all aid (monetary and non-monetary) earmarked for Hurricane Katrina related relief by foreign governments." Thus, the State Department is now searching for any and all documents relating to offers of foreign assistance, the State Department's response to these offers, and the delivery of goods resulting from accepted offers. This search continues to be conducted on an expedited basis.

The parties have agreed that the State Department will continue producing documents on a rolling basis, no less frequently than once a month, until production is complete. CREW has also recently requested that the State Department provide an approximate end date for the search and production. Due to the ongoing nature of the State Department's global search for documents, the State Department was unable to provide such an approximation in the limited time frame available.

Accordingly, in the hopes of filing a joint status report that is agreeable to both parties, CREW and the State Department jointly request an extension to June 26, 2006, to file such a report. The parties hope, if possible, to come to a joint resolution of the outstanding issue by that date.

Respectfully submitted,

| | |
|---|---|
| */s/ Anne L. Weismann* | PETER D. KEISLER |
| ANNE L. WEISMANN | Assistant Attorney General |
| (D.C. Bar No. 298190) | |
| | KENNETH L. WAINSTEIN |
| MELANIE SLOAN | United States Attorney |
| (D.C. Bar No. 434584) | |
| | ARTHUR R. GOLDBERG |
| Citizens for Responsibility and | (DC Bar No. 180661) |
| Ethics in Washington | Assistant Branch Director |
| 11 Dupont Circle, N.W. | U.S. Department of Justice |
| Washington, D.C. 20036 | Civil Division, Federal Programs Branch |
| (202) 588-5565 | |
| | /s/ *Eric R. Womack* |
| | ERIC R. WOMACK |
| Counsel for Plaintiff | Trial Attorney |
| | U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 20 Massachusetts Ave., N.W., Room 7122 |
| | Washington, D.C., 20530 |
| | Telephone: (202) 514-4020 |
| | Fax: (202) 616-8470 |
| | Eric.Womack@usdoj.gov |
| | |
| | Counsel for Defendant |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2006, I caused a true and correct copy of the foregoing Joint Motion for Extension of Time to File Status Report to be served on Plaintiff's counsel electronically by means of the Court's ECF system.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Eric Womack*
　　　　　　　　　　　　　　　　　　　　　　　　ERIC R. WOMACK