# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, <br> 11 Dupont Circle, N.W. <br> Washington, D.C. 20036 <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, <br> 2201 C Street, N.W. <br> Washington, D.C. 20528 <br><br> Defendant. | Civil Action No.: 1:05CV02382 (EGS) <br> Hon. Emmet G. Sullivan |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT

Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW"), by and through undersigned counsel, hereby submits this unopposed motion for a one-day extension of time to file a status report.

Under the current schedule, the parties are to submit a status report to the court on June 26, 2006. Due to the extreme weather conditions, Plaintiff needs an additional day to finalize its report. Counsel for Defendant, Department of State, has authorized CREW to represent that State does not oppose this motion.

Wherefore, for the the foregoing reasons, CREW respectfully requests the court so order.

Respectfully submitted,

*/s/ Anne L. Weismann*
ANNE L. WEISMANN
(D.C. Bar No. 298190)

MELANIE SLOAN
(D.C. Bar No. 434584)

Citizens for Responsibility and
Ethics in Washington
11 Dupont Circle, N.W.
Washington, D.C.  20036
(202) 588-5565


Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 26, 2006, I caused a true and correct copy of the foregoing Joint Status Report to be served on Defendant's counsel electronically by means of the Court's ECF system.

                  */s/ Anne L. Weisman*
                 ANNE L. WEISMAN

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, )<br>11 Dupont Circle, N.W. )<br>Washington, D.C. 20036 )<br> )<br>   Plaintiff, )<br> )<br>  v. )<br> )<br>UNITED STATES DEPARTMENT OF )<br>STATE, )<br>2201 C Street, N.W. )<br>Washington, D.C. 20528 )<br> )<br>   Defendant. )<br>_____) | Civil Action No.: 1:05CV02382 (EGS)<br>Hon. Emmet G. Sullivan |

## **ORDER**

Upon consideration of Plaintiff's Unopposed Motion to for Extension of Time to File a Report, it is by this Court hereby

**ORDERED** that the parties shall have up to June 27, 2006 to file a status report with this Court.

DONE, this ____ day of _____, 2006.

_____
EMMET G. SULLIVAN
United States District Judge