# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

CITIZENS FOR RESPONSIBILITY AND )
ETHICS IN WASHINGTON, )
11 Dupont Circle, N.W. )
Washington, D.C.  20036 )
 )
       Plaintiff, )
 )
      v. )    Civil Action No.: 1:05CV02382 (EGS)
 )    Hon. Emmet G. Sullivan
UNITED STATES DEPARTMENT OF )
STATE, )
2201 C Street, N.W. )
Washington, D.C.  20528 )
 )
       Defendant. )
_____)

## PLAINTIFF'S STATUS REPORT REGARDING
## DOCUMENT PRODUCTION DATES

1.  Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") hereby submits this status report. CREW writes separately from defendant U.S. Department of State ("State Department") because the parties have not been able to reach agreement on a timetable for final production of documents responsive to CREW's Freedom of Information Act ("FOIA") request.

2.  This case concerns a FOIA request that CREW submitted to the State Department almost 10 months ago on September 7, 2005, for documents related to offers of Katrina-related assistance from foreign governments.  Because of the great public interest in the subject of CREW's request, CREW sought expedition.

3.  While the State Department has claimed to have granted CREW's request for

expedition, the pace of its production tells a very different story. To date, the agency has produced a total of only 998 documents since its first production on March 31, 2006 (almost seven months after receiving CREW's request). This production has been made in small batches of approximately 200 documents each on March 31, April 10, May 11, June 7, and June 26. In the 95 working days since the February 17, 2006 joint status report that the parties submitted in this action, the State Department has averaged production of less than eleven documents per day.

4. In short, the volume of documents the State Department has produced simply does not reflect the promised expedition. To make matters worse, the State Department has now advised CREW that it needs until January 31, 2007, to complete its processing of the two remaining categories of documents: (i) electronic documents from the Katrina Task Force, and (ii) all other documents. For the second category of documents, the State Department estimates it will need until September 15, 2006, to complete its processing of the remaining 10,000 to 15,000 pages, which are in various states of review. For the electronic records from the Katrina Task Force, the State Department claims to need until January 2007.

5. CREW has been working in good faith with the State Department to narrow the scope of its search, and will continue to do so. But where, as here, the agency has not adequately justified the extraordinary amount of time it claims to need to complete its processing, CREW cannot accede to the proposed schedule. It is simply inconceivable that the State Department cannot process the documents at a faster pace to meet its statutory obligations under the FOIA.

6. Accordingly, CREW requests that the Court order the State Department to complete its production of all documents other than the Katrina Task Force documents by August 25, 2006. CREW will continue to work with the State Department to narrow the universe of electronic documents from the Katrina Task Force, and suggests that the Court order the parties to report on their status by July 15, 2006.

Respectfully submitted,


_____/s/_____

Anne L. Weismann
(D.C. Bar No.298190)
Melanie Sloan
(D.C. Bar No. 434584)
Citizens for Responsibility and
 Ethics in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C.  20005
(202) 408-5565

Attorneys for Plaintiff

Dated: June 27, 2006