# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, <br> 11 Dupont Circle, N.W. <br> Washington, D.C. 20036 <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, <br> 2201 C Street, N.W. <br> Washington, D.C. 20528 <br><br> Defendant. | Civil Action No.: 1:05CV02382 (EGS) <br> Hon. Emmet G. Sullivan |

## ORDER

Upon consideration of Plaintiff's Motion to Expedite Production of Documents, it is by this Court hereby

**ORDERED** that Defendant shall deliver all responsive documents to Plaintiff's request, with the exception of electronic records of the Hurricane Katrina Task Force, by August 25, 2006, and

**ORDERED** that the parties shall file a status report with this Court by July 15, 2006.

DONE, this ____ day of _____, 2006.

_____
EMMET G. SULLIVAN
United States District Judge