UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, 11 Dupont Circle, N.W. Washington, D.C. 20036,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF STATE, 2201 C Street, N.W. Washington, D.C. 20528,<br><br>        Defendant. | Civil Action No.: 1:05CV02382 (EGS)<br>Hon. Emmet G. Sullivan |

## STATE DEPARTMENT'S STATUS REPORT REGARDING DOCUMENT PRODUCTION

Defendant United States Department of State ("State Department"), by and through undersigned counsel, hereby submits this status report regarding the current state of the search for and production of documents responsive to the Freedom of Information Act ("FOIA") request filed by Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW").

### HISTORY OF THE SEARCH

In December 2005, CREW filed the present lawsuit arising from a FOIA request sent to the State Department in September 2005. In the Complaint, CREW stated that it was seeking records "relating to State's response to hurricane Katrina." Pls.' Compl. ¶ 25. "Specifically," CREW explained that it sought documents "discussing or mentioning offers of foreign governments to assist in hurricane relief efforts and State's responses to those requests." Id. The

Complaint also requested expedited processing of this request and a waiver of the fees that would result from the document production. See id. ¶¶ 49-54.

CREW's FOIA request involved a massive universe of potential documents, as over 130 countries offered assistance to the United States in the aftermath of Hurricane Katrina. However, the State Department has gone to great lengths to facilitate CREW's requests in order to search for and produce these documents as efficiently and effectively as possible. Shortly after the filing of the Complaint, the State Department granted CREW a waiver of the substantial fees that would have accrued in the production of the vast number of documents requested. In the following months, the State Department also voluntarily agreed to expedite the document production; expand the scope of the search[1]; and release processed documents on a rolling basis, no less frequently than once a month. See June 22, 2006, Letter from State Department to CREW, attached as Exh. A, at 1. These accessions have increased the speed and breadth of the search for documents responsive to CREW's FOIA request while at the same time eliminating a substantial financial burden for CREW.

The State Department has granted these requests despite CREW's disputed legal entitlement to several of them. The State Department believed that its time and resources were better spent on the search for responsive documents than in protracted legal battles over issues

---

[1] Because CREW's initial FOIA request and Complaint specified that CREW sought materials "discussing or mentioning in any way offers by foreign governments to assist in hurricane relief efforts and the Department of State's responses to such requests," Pls.' Compl. Exh. F, the State Department initially interpreted the request to relate to offers of foreign assistance and the State Department's response to such offers. In April 2006, CREW informed the State Department that it also wanted "any and all records relating to the ultimate destination and delivery of all forms of all aid (monetary and non-monetary) earmarked for Hurricane Katrina related relief by foreign governments." See Joint Mot. for Ext. of Time to File Status Report at 2. The State Department voluntarily agreed to this expansion of the search.

tangential to the search. However, the State Department's decision to cooperate with CREW was not without its costs.

As explained in the attached letter from the State Department to CREW outlining dates for the completion of the search, the decision to expedite the processing of CREW's request has had a substantial impact on the work of the Department. Due to the fact that CREW's request was not limited in *any* geographic fashion, such as offers from particular countries or regions, the State Department believed it necessary to search for documents in "an unusually large number of offices and bureaus—each of the Department's six geographic regional bureaus, the Office of the Executive Secretary . . . and several other disparate offices likely to have responsive records (the Bureau of Public Affairs, the Office of the Legal Adviser, the Bureau of Resource Management, and the Office of the Under Secretary for Management)." Id. These offices have so far spent hundreds of hours searching for potentially responsive materials. Id.

Once these individual offices and bureaus have identified potentially relevant materials, they have forwarded the documents to the Office of Information Programs and Services for processing. Id. Although responsible for over 150 FOIA requests, the analyst in the Office of Information Programs and Services who is assigned to CREW's request has spent a majority of her time over the past several months processing the expedited request. Id. at 1-2. The team of reviewers responsible for viewing these documents for relevancy and FOIA exemptions has also spent hundreds of hours processing the documents. Id. at 2. All of this time is compounded by the time spent by management in the Office of Information Programs and Services and attorneys in the Legal Adviser's Office brainstorming on how to effectively and efficiently conduct the search. Id.

This devotion to the expedited search by the employees of the State Department has

3

resulted in CREW's FOIA request becoming "one of the most time-consuming FOIA matters that is currently being handled" by the Department.  Id. at 1.  And the results of that search are manifest in the materials that have already been produced.  Since the search began, the State Department has delivered to CREW approximately 913 documents from the State Archiving System, the Bureau of European and Eurasian Affairs, the Bureau of South Asian Affairs, the Bureau of Public Affairs, and the Bureau of East Asian and Pacific Affairs.  See Joint Mot. for Ext. of Time to File Status Report at 1-2.  Approximately 300 additional documents are due to be released by the end of the week, and thousands of pages of materials that have been returned from various bureaus and offices are currently being processed by the Office of Information Programs and Services.  See Exh. A at 3.

The documents that have been produced provide significant insight into the nature of the offers of foreign assistance in the wake of Hurricane Katrina and the State Department's response to those offers.  The State Department has already released lists of scores of offers of foreign assistance from around the world, documents detailing the Department's response to such offers, and emails and memoranda from State Department employees around the globe who have been engaged in developing a response to the offers.

## ANTICIPATED DATES FOR COMPLETION
## OF THE SEARCH AND PRODUCTION

In the process of attempting to prepare a second status report for the Court, CREW informed the State Department that it wanted an "approximate end date for the search and production."  See Joint Mot. for Ext. of Time to File Status Report at 2.  Although the State Department was under no order from this Court to do so, the Department hoped to be able to provide a reasonable date to CREW in order to file a joint status report with this Court.  Accordingly, the State Department examined the searches that remained and the documents left

4

to be processed and decided that, barring unforeseen circumstances, the Department anticipated producing all responsive paper records by September 15, 2006. Thus, the searches of the numerous regional offices and the production of the remaining thousands of pages of documents are expected to be completed within three months.

The one set of records that cannot be produced in that time-frame is the electronic archive of the Hurricane Katrina Task Force. As explained in the attached letter to CREW, "[t]his archive includes tens of thousands of emails, word processing documents, and spreadsheets related to the efforts of the Task Force." Exh. A. at 3. These voluminous documents are contained in individual data files that cannot be satisfactorily searched as a whole by electronic means. Id. The State Department anticipates that many of the documents contained in the electronic Task Force archive will be either non-response (discussing, for example, the Department's efforts to locate foreign nationals in New Orleans) or duplicative of other documents in the archive or materials already in CREW's possession. Id. Nevertheless, responsive, non-duplicative records are expected to be found, so the entire archive must be searched, file-by-file. At this phase of the search, the State Department anticipates that, barring unforeseen circumstances, it will complete processing of the archive by January 31, 2007.

CREW responded to the State Department's letter by indicating that it could not agree to a joint status report that contained these dates. However, as indicated in the attached letter, the State Department has been conducting and will continue to conduct its search and production of documents responsive to CREW's request in good faith and on an expedited basis. See id. at 1-5. It is one of the most time-consuming FOIA matters currently handled by the State Department. However, the State Department is constrained by its available resources in what it can realistically accomplish. Accordingly, the State Department has attempted to provide CREW

5

and the Court with an aggressive estimate of completion without misrepresenting its ability to abide by the dates provided in this status report. For these reasons, the State Department has provided CREW with two different dates of completion to ensure that documents are produced on an accelerated time frame but within the capabilities of the State Department.

The State Department does not believe that the September 15, 2006, and January 31, 2007, dates pose any risk of prejudice to CREW. CREW has received almost a thousand documents, consisting of thousands of pages of materials, with thousands of additional pages to be produced by September 15. Moreover, because these documents will be produced on a rolling basis, CREW will continue to receive relevant documents at least once each month. If CREW believes that it is necessary to have the search completed earlier, then the State Department is always willing to work with CREW to limit the geographic or topical scope of the Department's search. However, a desire for haste for haste's sake will not enable the State Department to produce these documents any faster than the good-faith deadlines currently proposed by the Department.

## CONCLUSION

The State Department's overriding goal in this document production has been to cooperate with CREW to conduct this search as efficiently and effectively as possible. However, although the State Department has agreed to CREW's earlier requests, the Department cannot agree to a date for completion of the search that it would be unable to meet. Accordingly, the State Department intends on continuing to process CREW's FOIA request on an expedited basis while producing documents no less frequently than once per month. The State Department anticipates that, barring unforeseen circumstances, the search of all sources other than the Task Force electronic archives is anticipated to be completed by September 15, 2006. The Task Force

search is anticipated to be completed no later than January 31, 2007.

                                                Respectfully submitted,

                                                PETER D. KEISLER
                                                Assistant Attorney General

                                                KENNETH L. WAINSTEIN
                                                United States Attorney

                                                ARTHUR R. GOLDBERG
                                                (DC Bar No. 180661)
                                                Assistant Branch Director
                                                U.S. Department of Justice
                                                Civil Division, Federal Programs Branch

                                                /s/  *Eric R. Womack*
                                                ERIC R. WOMACK
                                                Trial Attorney
                                                U.S. Department of Justice
                                                Civil Division, Federal Programs Branch
                                                20 Massachusetts Ave., N.W., Room 7218
                                                Washington, D.C., 20530
                                                Telephone: (202) 514-4020
                                                Fax: (202) 616-8470
                                                Eric.Womack@usdoj.gov

                                                Counsel for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 27, 2006, I caused a true and correct copy of the foregoing Status Report to be served on Plaintiff's counsel electronically by means of the Court's ECF system.

                                                   */s/ Eric Womack*
                                                   ERIC R. WOMACK