# EXHIBIT A



United States Department of State

Washington, D.C. 20520

JUN 2 2 2006

Anne L. Weismann, Esq.
Citizens for Responsibility and
  Ethics in Washington
1400 Eye St., N.W.
Suite 450
Washington, D.C. 20005

Re:  Case number 200503991 (Citizens for Responsibility and Ethics in Washington)

Dear Ms. Weismann:

We are writing to describe our processing of CREW's FOIA request for Hurricane Katrina-related records in the hopes of reaching agreement on a schedule for completing processing.

The Department of State has attempted to work with CREW to resolve issues relating to this request as they have arisen. The Department granted CREW's request for expedited processing, a waiver of fees, a clarification of the scope of the request, and production of documents on a rolling basis.

CREW's request is one of the most time-consuming FOIA matters that is currently being handled by our office. Because your request seeks information regarding offers of foreign governments from around the globe, your request was "tasked" to an unusually large number of offices and bureaus -- each of the Department's six geographic regional bureaus, the Office of the Executive Secretary (which oversaw the Department's Hurricane Katrina Task Force), and several other disparate offices likely to have responsive records (the Bureau of Public Affairs, the Office of the Legal Adviser, the Bureau of Resource Management, and the Office of the Under Secretary for Management). Personnel from these offices have spent hundreds of hours searching for responsive materials thus far.

All potentially responsive documents are forwarded to this office – the Office of Information Programs and Services – for processing. An Information Programs and Services case analyst manages your case. Although responsible for managing

a total caseload of over 150 FOIA requests, the analyst assigned to your case has devoted a majority of her time to processing your request over the past several months. This analyst has been responsible for tasking the relevant bureaus and offices with searching their files, coordinating with bureaus and offices on follow-up questions and issues, coordinating the scanning of the thousands of pages of documents produced by the bureaus and offices into the FOIA software that is used to process requests, coordinating the creation of descriptive lists of scanned documents for use by the reviewer staff, drafting correspondence, and the like. She also conducted multiple searches of the Department's Central Foreign Policy File, the Department's centralized electronic records system, which contains cables to and from posts around the world (including hundreds of records responsive to your FOIA request).

All documents are reviewed for responsiveness and for FOIA exemptions by two sets of retired foreign services officers who are knowledgeable about the subject matter. A team of reviewers has already devoted hundreds of hours to reviewing thousands of pages of potentially responsive documents over the past several months. They have also coordinated extensively with several Department of State officers who are country experts or who were involved in the Katrina foreign donations process to ensure that the maximum amount of information can be released to your organization consistent with personal privacy, national security classification, and other sensitivities.

In addition to the efforts described above, management in the Office of Information Programs and Services and attorneys in the Legal Adviser's office have devoted considerable time to brainstorming about ways that we can process your request as quickly and efficiently as possible.

As you know, our efforts to date have resulted in the production of nearly 1,000 documents in whole or in part, with thousands of pages of additional documents in some stage of the review or production process. We believe that the documents produced to date shed significant light on the subject of your request – the scores of offers of Katrina-related assistance from foreign governments, and the timing and content of the Department of State's responses to those offers, as well as information related to the delivery of foreign assistance.[1]

---

[1] As you know, we did not initially interpret your request to cover delivery of assistance, but, per your request, we have expanded our search to include such materials.

3

The Department has processed (and will continue to process) this request as efficiently and expeditiously as possible. In accordance with this policy, we have attempted to determine dates for completing production that are as ambitious as possible given resource and related constraints.

The bulk of searching for records has been completed, but thousands of pages of potentially responsive materials remain in various stages of processing and/or review. Nonetheless, barring unforeseen circumstances, we anticipate completing production of all of responsive paper records by late summer – September 15, 2006.

However, there remains an additional set of records which we will not be able to produce in that timeline. The September 15, 2006 estimate does not include the production of records from the electronic archive of the Hurricane Katrina Task Force. This archive includes tens of thousands of emails, word processing documents, and spreadsheets related to the efforts of the Task Force. Many of the records will not be responsive (for example, they will have to do with the Department's efforts to locate foreign nationals in the New Orleans area or with the closure of the Department's Passport facility in New Orleans). Many more of the records will be duplicates of each other (we anticipate that the archive will include dozens of copies of the same email, saved by each Task Force member) or duplicates of records produced to you (offer and acceptance cables, emails, etc.) from materials retrieved from the various other offices within the Department or from the Department's Central Foreign Policy File.

We have focused our resources and efforts to date on processing responsive paper records, and we are now in the process of determining how best to retrieve, search, and review records from the Task Force archive. Any electronic search of these records will be complex and time-consuming, given the decentralized nature of the archive. (The archive consists of dozens of separate collections of emails and folders of documents, and there is no satisfactory method for conducting full-text searches of all of these materials simultaneously.)

Once potentially responsive documents are printed out from the archive, they will be handled and reviewed in the same manner described above. We anticipate completing processing of these archived records by January 31, 2007. Of course, this process could be expedited significantly if you would agree to limit the scope of our search of this archive (for example, by limiting the search to the offers of assistance you explicitly identified in your original request, or to a particular time frame). Such a narrowing would also permit us more quickly to resume processing

4

other FOIA requests that have been on hold due to the magnitude and expedited status of your request. Although we are aware that CREW has, to this point, declined to limit the scope of its request, we respectfully request that CREW revisit this issue, so that we may process documents from the archive in a manner that yields the information that truly interests you as efficiently as possible.

Sincerely,

Margaret P. Grafeld
Director
Office of Information Programs
and Services