UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITIZENS FOR RESPONSIBILITY AND )
ETHICS IN WASHINGTON, )
)
      Plaintiff, )
)
   v. )   Civil Action No.: 1:05CV02382 (EGS)
)   Hon. Emmet G. Sullivan
UNITED STATES DEPARTMENT OF )
STATE, )
)
      Defendant. )
)

**JOINT STATUS REPORT AND RECOMMENDATION FOR FURTHER
PROCEEDINGS**

Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") and Defendant United States Department of State ("State Department"), by and through undersigned counsel, hereby submit this Joint Status Report and Recommendation for Further Proceedings as directed by the Court in its Order dated May 1, 2007.

The State Department has concluded its search for responsive documents. That search has yielded 8,602 documents. The State Department has also completed its review of all documents that did not require coordination with other government entities, and has released to CREW 4,776 documents in full and 2,486 documents in part, and withheld 440 documents in their entirety. The State Department has referred the remaining 900 documents, which required further coordination before a release determination could be made, to the appropriate United States government entities (as well as three documents that were referred to foreign government entities). As of April 20, 2007, review of at least 294 of these referral documents had been

completed, and CREW was informed of the review decision for these documents either directly by the government entity to which the record was referred or by the State Department.

Accordingly, the only documents still under review are those referred to government entities other than the State Department. The State Department is coordinating with these entities to facilitate the review of the remaining referral documents. In order to keep CREW informed of the State Department's actions with regard to these documents, the State Department has provided CREW with monthly updates, including a list of those entities to which documents have been referred. The State Department intends to continue this effort by updating CREW on the review of referral documents no less frequently than once a month until all documents have been reviewed by the other entities. The State Department anticipates that the next update will be provided by May 18, 2007.

CREW and the State Department have also been working on narrowing the issues that remain to be litigated. CREW has requested further information on 107 partial redactions in order to determine their validity. With the understanding that CREW does not object to any other redactions in the partially-redacted documents that have already been produced, the State Department has agreed to provide CREW with additional information on these 107 requested redactions. The State Department anticipates providing CREW with this information by May 25, 2007. Once CREW has had an opportunity to review this information, the parties hope to be able to narrow, or potentially eliminate, the remaining issues concerning these redactions.

The parties are also in the process of discussing whether additional issues remain to be litigated concerning the documents withheld in full and the reasonableness of the search. CREW has requested additional information concerning the dates of certain cables produced by the State Department. The State Department has agreed to provide answers to CREW's questions by May

18, 2007.

    Should these, or other, issues need to be briefed, the parties will submit a proposed briefing schedule to the Court.  In order to keep the Court updated on the status of the case and the necessity of further litigation, the parties propose that another status report be submitted to the Court by June 22, 2007.

Respectfully submitted,

| | |
|---|---|
| /s/ *Anne L. Weismann* | PETER D. KEISLER |
| ANNE L. WEISMANN | Assistant Attorney General |
| (D.C. Bar No. 298190) | |
| | JEFFREY A. TAYLOR |
| MELANIE SLOAN | United States Attorney |
| (D.C. Bar No. 434584) | |
| | ARTHUR R. GOLDBERG |
| Citizens for Responsibility and | (DC Bar No. 180661) |
| Ethics in Washington | Assistant Branch Director |
| 11 Dupont Circle, N.W. | U.S. Department of Justice |
| Washington, D.C.  20036 | Civil Division, Federal Programs Branch |
| (202) 588-5565 | |
| | /s/  *Eric R. Womack* |
| | ERIC R. WOMACK |
| Counsel for Plaintiff | (IL Bar No. 6279517) |
| | Trial Attorney |
| | U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 20 Massachusetts Ave., N.W., Room 7122 |
| | Washington, D.C., 20530 |
| | Telephone: (202) 514-4020 |
| | Fax: (202) 616-8470 |
| | Eric.Womack@usdoj.gov |
| | |
| | Counsel for Defendant |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2007, I caused a true and correct copy of the foregoing Joint Status Report to be served on Plaintiff's counsel electronically by means of the Court's ECF system.

                                                */s/ Eric Womack*
                                               ERIC R. WOMACK