UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.: 1:05CV02382 (EGS)<br>)   Hon. Emmet G. Sullivan<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT AND RECOMMENDATION FOR FURTHER PROCEEDINGS**

Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") and Defendant United States Department of State ("State Department"), by and through undersigned counsel, hereby submit this Joint Status Report and Recommendation for Further Proceedings as directed by the Court in its Order dated May 16, 2007.

Since the parties' last joint status report on May 11, 2007, the State Department has provided CREW with two further reports on the status of those documents that have been referred to other entities for review. Those reports have explained that review has been completed on another 109 documents, and CREW has been informed of the results of that review. The State Department continues its efforts to facilitate the review of the remaining referral documents as expeditiously as possible. Accordingly, the State Department has offered to send someone from the Department's own review staff to assist with the review of documents at the agency with the largest number of pending referrals (USAID), and the State Department

will continue to follow up with each of the other entities that has pending referrals. The State Department anticipates providing the next referral report to CREW on or about July 10, 2007.

Since the last joint status report, the State Department has also responded to CREW's questions concerning the dates of certain documents produced by the State Department. In addition, as requested by CREW, the State Department has provided CREW with additional information on 107 partial redactions. CREW is in the process of reviewing this information. Once CREW has had an opportunity to conduct this review, the parties hope to be able to narrow, or potentially eliminate, any issues concerning these redactions.

CREW has also requested additional information concerning those documents withheld in full by the State Department. The State Department is reviewing these documents. Once this review is completed, the State Department will provide CREW with a report that describes the categories of information contained in these documents, including the number of documents that fall into each category. From this report, the parties hope to be able to identify whether any categories of documents withheld in full remain at issue in the case. The State Department anticipates providing the report by June 29, 2007.

Should these, or other, issues need to be briefed, the parties will submit a proposed briefing schedule to the Court. In order to keep the Court updated on the status of the case and the necessity of further litigation, the parties propose that another status report be submitted to the Court by August 17, 2007.

Respectfully submitted,

| | |
|---|---|
| */s/ Anne L. Weismann* | PETER D. KEISLER |
| ANNE L. WEISMANN | Assistant Attorney General |
| (D.C. Bar No. 298190) | |
| | JEFFREY A. TAYLOR |
| MELANIE SLOAN | United States Attorney |
| (D.C. Bar No. 434584) | |
| | ARTHUR R. GOLDBERG |
| Citizens for Responsibility and | (DC Bar No. 180661) |
| Ethics in Washington | Assistant Branch Director |
| 1400 Eye Street, N.W. | U.S. Department of Justice |
| Suite 450 | Civil Division, Federal Programs Branch |
| Washington, D.C. 20005 | |
| (202) 408-5565 | */s/ Eric R. Womack* |
| | ERIC R. WOMACK |
| | (IL Bar No. 6279517) |
| Counsel for Plaintiffs | Trial Attorney |
| | U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 20 Massachusetts Ave., N.W., Room 7122 |
| | Washington, D.C., 20530 |
| | Telephone: (202) 514-4020 |
| | Fax: (202) 616-8470 |
| | Eric.Womack@usdoj.gov |
| | |
| | Counsel for Defendant |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2007, I caused a true and correct copy of the foregoing Joint Status Report to be served on Plaintiff's counsel electronically by means of the Court's ECF system.

                                                    */s/ Eric Womack*
                                                   ERIC R. WOMACK