UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>        Defendant. | Civil Action No.: 1:05CV02382 (EGS)<br>Hon. Emmet G. Sullivan |

**JOINT STATUS REPORT AND RECOMMENDATION FOR FURTHER PROCEEDINGS**

Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") and Defendant United States Department of State ("State Department"), by and through undersigned counsel, hereby submit this Joint Status Report and Recommendation for Further Proceedings as directed by the Court in its Order dated June 19, 2007.

Since the parties' last joint status report on June 18, 2007, the parties have agreed that there are no outstanding issues regarding any of the documents that the State Department partially redacted. Accordingly, the only remaining unresolved issues concern the documents referred by the State Department to other agencies and the documents the State Department withheld in full.[1] Approximately half of the referral documents have now been processed. The State Department has continued to update CREW on the status of the remaining referral documents and on its efforts to process the documents as expeditiously as possible. With regard

---

[1] As described in the Joint Status Report of May 10, 2007 (Dkt. #14), the State Department has concluded its search for responsive documents and completed the processing of all documents that did not require coordination with other government entities.

to the documents withheld in full, the State Department has identified 387 such documents. The State Department categorized the documents (e.g., "internal government drafts") in a June 29, 2007, letter to CREW with the aim of providing a structure to resolve any remaining questions. CREW is reviewing that letter, and the parties will continue to work together to try to narrow any outstanding issues regarding these documents.

    Should any issues need to be briefed, the parties will submit a proposed briefing schedule to the Court. In order to keep the Court updated on the status of the case and the necessity of further litigation, the parties propose that another status report be submitted to the Court by October 1, 2007.

Respectfully submitted,

| | |
|---|---|
| /s/ Anne L. Weismann | PETER D. KEISLER |
| ANNE L. WEISMANN | Assistant Attorney General |
| (D.C. Bar No. 298190) | |
| | JEFFREY A. TAYLOR |
| MELANIE SLOAN | United States Attorney |
| (D.C. Bar No. 434584) | |
| | ARTHUR R. GOLDBERG |
| Citizens for Responsibility and | Assistant Branch Director |
| Ethics in Washington | U.S. Department of Justice |
| 1400 Eye Street, N.W., Suite 450 | Civil Division, Federal Programs Branch |
| Washington, D.C., 20005 | |
| (202) 408-5565 | /s/ Adam D. Kirschner |
| | ADAM D. KIRSCHNER |
| | (IL Bar No. 6286601) |
| Counsel for Plaintiff | Trial Attorney |
| | U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 20 Massachusetts Ave., N.W., Room 7126 |
| | Washington, D.C., 20530 |
| | Telephone: (202) 353-9265 |
| | Fax: (202) 616-8470 |
| | adam.kirschner@usdoj.gov |
| | |
| | Counsel for Defendant |

**CERTIFICATE OF SERVICE**

     I hereby certify that on August 2, I caused a true and correct copy of the foregoing Joint Status Report to be served on Plaintiff's counsel electronically by means of the Court's ECF system.

                                              */s/ Adam D. Kirschner*
                                              ADAM D. KIRSCHNER