UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>            Plaintiff,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.: 1:05CV02382 (EGS)<br>)   Hon. Emmet G. Sullivan<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT AND RECOMMENDATION FOR FURTHER PROCEEDINGS

Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") and Defendant United States Department of State ("State Department"), by and through undersigned counsel, hereby submit this Joint Status Report and Recommendation for Further Proceedings as directed by the Court in its Order dated August 2, 2007.

Since the parties' last joint status report on August 2, 2007, the State Department has continued to update CREW on the status of the pending referral documents. Over half of the referral documents have now been processed. The large majority of the remaining referral documents are in the possession of the United States Agency for International Development ("USAID"). The State Department is, and has been, in contact with USAID with the goal of expediting the processing of those referral documents, and the State Department is hopeful that the remaining documents will be processed shortly.

With regard to the only other remaining issue in this litigation, the documents withheld in full, CREW is continuing to review the State Department's June 29, 2007, letter identifying these documents by general category. The parties have agreed that CREW will inform the State

Department whether CREW desires additional information concerning particular categories of documents identified in the letter. Once the State Department has received that information from CREW, the State Department will evaluate whether it is able to provide that information in oral or written form. Through this process, the parties hope to be able to resolve in an efficient manner any remaining issues concerning the documents withheld in full.

Should any issues need to be briefed, the parties will submit a proposed briefing schedule to the Court. In order to keep the Court updated on the status of the case and the necessity of further litigation, the parties propose that another status report be submitted to the Court by December 1, 2007.

Respectfully submitted,

| | |
|---|---|
| */s/ Anne L. Weismann* | PETER D. KEISLER |
| ANNE L. WEISMANN | Assistant Attorney General |
| (D.C. Bar No. 298190) | |
| | JEFFREY A. TAYLOR |
| MELANIE SLOAN | United States Attorney |
| (D.C. Bar No. 434584) | |
| | ARTHUR R. GOLDBERG |
| Citizens for Responsibility and | (DC Bar No. 180661) |
| Ethics in Washington | Assistant Branch Director |
| 1400 Eye Street, N.W., Suite 450 | U.S. Department of Justice |
| Washington, D.C., 20005 | Civil Division, Federal Programs Branch |
| (202) 408-5565 | |
| | */s/ Eric R. Womack* |
| | ERIC R. WOMACK |
| Counsel for Plaintiff | (IL Bar No. 6279517) |
| | Trial Attorney |
| | U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 20 Massachusetts Ave., N.W., Room 7122 |
| | Washington, D.C., 20530 |
| | Telephone: (202) 514-4020 |
| | Fax: (202) 616-8470 |
| | Eric.Womack@usdoj.gov |
| | |
| | Counsel for Defendant |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2007, I caused a true and correct copy of the foregoing Joint Status Report to be served on Plaintiff's counsel electronically by means of the Court's ECF system.

                                                                        */s/ Eric Womack*
                                                                     ERIC R. WOMACK