UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>      Plaintiff,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>      Defendant. | Civil Action No.: 1:05CV02382 (EGS)<br>Hon. Emmet G. Sullivan |

**JOINT STATUS REPORT AND RECOMMENDATION FOR FURTHER PROCEEDINGS**

Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") and Defendant United States Department of State ("State Department"), by and through undersigned counsel, hereby submit this Joint Status Report and Recommendation for Further Proceedings as directed by the Court in its Order dated December 10, 2007.

Since the parties' last joint status report on November 30, 2007, the parties have agreed that no issue remains with respect to the documents withheld in full by the State Department. Accordingly, the only potential issue that remains in this litigation concerns the status of the pending referral documents. The State Department has agreed to inform CREW as soon as State believes that the processing of the remaining referral documents has been completed. Once that occurs, the parties are hopeful that this litigation may be dismissed.

In the meantime, the State Department will continue to update CREW on the status of the pending referral documents. In order to keep the Court updated on the status of the case and the necessity of further litigation, the parties propose that another status report be submitted to the Court by April 1, 2008.

Respectfully submitted,

| | |
|---|---|
| */s/ Anne L. Weismann* | JEFFREY S. BUCHOLTZ |
| ANNE L. WEISMANN | Acting Assistant Attorney General |
| (D.C. Bar No. 298190) | |
| | JEFFREY A. TAYLOR |
| MELANIE SLOAN | United States Attorney |
| (D.C. Bar No. 434584) | |
| | ARTHUR R. GOLDBERG |
| Citizens for Responsibility and | (DC Bar No. 180661) |
| Ethics in Washington | Assistant Branch Director |
| 1400 Eye Street, N.W., Suite 450 | Civil Division, Federal Programs Branch |
| Washington, D.C., 20005 | |
| (202) 408-5565 | */s/ Eric R. Womack* |
| | ERIC R. WOMACK |
| | (IL Bar No. 6279517) |
| Counsel for Plaintiff | Trial Attorney |
| | U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 20 Massachusetts Ave., N.W., Room 7122 |
| | Washington, D.C., 20530 |
| | Telephone: (202) 514-4020 |
| | Fax: (202) 616-8470 |
| | Eric.Womack@usdoj.gov |
| | |
| | Counsel for Defendant |

## CERTIFICATE OF SERVICE

     I hereby certify that on January 31, 2008, I caused a true and correct copy of the foregoing Joint Status Report to be served on Plaintiff's counsel electronically by means of the Court's ECF system.

                                                  */s/ Eric Womack*
                                             ERIC R. WOMACK