UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>             Plaintiff,<br><br>       v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>             Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 1:05CV02382 (EGS)<br>Hon. Emmet G. Sullivan |

**JOINT STATUS REPORT AND RECOMMENDATION FOR FURTHER PROCEEDINGS**

Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") and Defendant United States Department of State ("State Department"), by and through undersigned counsel, hereby submit this Joint Status Report and Recommendation for Further Proceedings.

Since the parties' last joint status report on March 31, 2008, the State Department has continued to update CREW on the status of the pending referral documents. Based upon information received from other agencies and the State Department's own investigation, the State Department believes that, of the agencies to which it originally referred documents, only one remains. The State Department continues to be in close contact with this final agency to complete the processing of the remaining documents.

The State Department has agreed to inform CREW as soon as State believes that the processing of the remaining referral documents has been completed. Once that occurs, the parties are hopeful that this litigation may be dismissed.

In the meantime, the State Department will continue to update CREW on the status of the pending referral documents. In order to keep the Court updated on the status of the case and the

necessity of further litigation, the parties propose that another status report be submitted to the Court on or before August 1, 2008.

Respectfully submitted,

| | |
|---|---|
| */s/ Anne L. Weismann* | GREGORY G. KATSAS |
| ANNE L. WEISMANN | Acting Assistant Attorney General |
| (D.C. Bar No. 298190) | |
| | JEFFREY A. TAYLOR |
| MELANIE SLOAN | United States Attorney |
| (D.C. Bar No. 434584) | |
| | ARTHUR R. GOLDBERG |
| Citizens for Responsibility and | (DC Bar No. 180661) |
| Ethics in Washington | Assistant Branch Director |
| 1400 Eye Street, N.W., Suite 450 | Civil Division, Federal Programs Branch |
| Washington, D.C., 20005 | |
| (202) 408-5565 | */s/ Eric R. Womack* |
| | ERIC R. WOMACK |
| | (IL Bar No. 6279517) |
| Counsel for Plaintiff | Trial Attorney |
| | U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 20 Massachusetts Ave., N.W., Room 7122 |
| | Washington, D.C., 20530 |
| | Telephone: (202) 514-4020 |
| | Fax: (202) 616-8470 |
| | Eric.Womack@usdoj.gov |
| | |
| | Counsel for Defendant |

## **CERTIFICATE OF SERVICE**

     I hereby certify that on May 30, 2008, I caused a true and correct copy of the foregoing Joint Status Report to be served on Plaintiff's counsel electronically by means of the Court's ECF system.

                                             */s/ Eric R. Womack*
                                             ERIC R. WOMACK