UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF STATE, )<br>)<br>Defendant. ) | Civil Action No.: 1:05CV02382 (EGS)<br>Hon. Emmet G. Sullivan |

### JOINT STATUS REPORT AND RECOMMENDATION FOR FURTHER PROCEEDINGS

Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") and Defendant United States Department of State ("State Department"), by and through undersigned counsel, hereby submit this Joint Status Report and Recommendation for Further Proceedings.

Since the parties' last joint status report on May 30, 2008, the State Department has learned that the remaining documents referred to other agencies have been fully processed and that all non-exempt material in them will be produced to CREW through direct reply. It is the State Department's understanding that those documents will be sent to CREW no later than August 1, 2008. This final production concludes the processing of CREW's request to the State Department under the Freedom of Information Act ("FOIA").

The parties have agreed that this case may be dismissed in light of the government's completed processing of the FOIA request at issue. Once CREW has received the final referral documents, the parties will file a stipulation of dismissal with this Court.

Respectfully submitted,

| | |
|---|---|
| */s/ Anne L. Weismann* | GREGORY G. KATSAS |
| ANNE L. WEISMANN | Assistant Attorney General |
| (D.C. Bar No. 298190) | |
| | JEFFREY A. TAYLOR |
| MELANIE SLOAN | United States Attorney |
| (D.C. Bar No. 434584) | |
| | ARTHUR R. GOLDBERG |
| Citizens for Responsibility and | (DC Bar No. 180661) |
| Ethics in Washington | Assistant Branch Director |
| 1400 Eye Street, N.W., Suite 450 | Civil Division, Federal Programs Branch |
| Washington, D.C., 20005 | |
| (202) 408-5565 | */s/ Eric R. Womack* |
| | ERIC R. WOMACK |
| | (IL Bar No. 6279517) |
| Counsel for Plaintiff | Trial Attorney |
| | U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 20 Massachusetts Ave., N.W., Room 7122 |
| | Washington, D.C., 20530 |
| | Telephone: (202) 514-4020 |
| | Fax: (202) 616-8470 |
| | Eric.Womack@usdoj.gov |
| | |
| | Counsel for Defendant |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 1, 2008, I caused a true and correct copy of the foregoing Joint Status Report to be served on Plaintiff's counsel electronically by means of the Court's ECF system.

                                                                            */s/ Eric R. Womack*
                                                                          ERIC R. WOMACK