UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES DEPARTMENT OF ) STATE, ) ) Defendant. ) ) | Civil Action No.: 1:05CV02382 (EGS) Hon. Emmet G. Sullivan |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff and defendant stipulate, through their undersigned counsel, to dismiss this case with prejudice. Plaintiff reserves the right to recover its fees and costs in this litigation. Defendant would oppose any such request.

Respectfully submitted,

| | |
|---|---|
| */s/ Anne L. Weismann* <br> ANNE L. WEISMANN <br> (D.C. Bar No. 298190) <br><br> MELANIE SLOAN <br> (D.C. Bar No. 434584) <br><br> Citizens for Responsibility and <br> Ethics in Washington <br> 1400 Eye Street, N.W., Suite 450 <br> Washington, D.C., 20005 <br> (202) 408-5565 <br><br><br> Counsel for Plaintiff | GREGORY G. KATSAS <br> Assistant Attorney General <br><br> JEFFREY A. TAYLOR <br> United States Attorney <br><br> ARTHUR R. GOLDBERG <br> (DC Bar No. 180661) <br> Assistant Branch Director <br> Civil Division, Federal Programs Branch <br><br> */s/ Eric R. Womack* <br> ERIC R. WOMACK <br> (IL Bar No. 6279517) <br> Trial Attorney <br> U.S. Department of Justice |

                Civil Division, Federal Programs Branch
                20 Massachusetts Ave., N.W., Room 7122
                Washington, D.C., 20530
                Telephone: (202) 514-4020
                Fax: (202) 616-8470
                Eric.Womack@usdoj.gov

                Counsel for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2008, I caused a true and correct copy of the foregoing Stipulation to be served on Plaintiff's counsel electronically by means of the Court's ECF system.

          */s/ Eric R. Womack*
          ERIC R. WOMACK